B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Safarloo, Cameron** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Masood, Perniya** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Abdolali Safarloo; FDBA CP Properties Group LLC;<br>FDBA Stat Scripts, LLC; AKA Husain Safarloo** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-0862** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-9309** |
| Street Address of Debtor (No. and Street, City, and State):<br>**7 York Lake Court<br>Oak Brook, IL**<br>ZIP Code **60523** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**7 York Lake Court<br>Oak Brook, IL**<br>ZIP Code **60523** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** **Lorraine M. Greenberg   ARDC No.: 3129023** ***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Safarloo, Cameron**<br>**Masood, Perniya** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Lorraine M. Greenberg   ARDC No. October 21, 2011**<br>Signature of Attorney for Debtor(s)             (Date)<br>**Lorraine M. Greenberg   ARDC No.: 3129023** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Safarloo, Cameron**<br>**Masood, Perniya** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Cameron Safarloo**
Signature of Debtor  **Cameron Safarloo**

X  **/s/ Perniya Masood**
Signature of Joint Debtor  **Perniya Masood**

Telephone Number (If not represented by attorney)

**October 21, 2011**
Date

### Signature of Attorney*

X  **/s/ Lorraine M. Greenberg   ARDC No.:**
Signature of Attorney for Debtor(s)

**Lorraine M. Greenberg   ARDC No.: 3129023**
Printed Name of Attorney for Debtor(s)

**Lorraine M. Greenberg**
Firm Name

**150 North Michigan Avenue**
**Suite 800**
**Chicago, IL 60601**

Address

**Email: lgreenberg@greenberglaw.net**
**312-588-3330  Fax: 312-264-5620**
Telephone Number

**October 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Cameron Safarloo,**                                          Case No. _____
    **Perniya Masood**

_____,
Debtors

# FORM 1. VOLUNTARY PETITION

## Other Names Attachment

All Other Names used by Joint Debtor in the last 8 years:

1.    **FDBA    Briarwood Medical Center Ltd.**
2.    **FDBA    Campton Pediatrics**
3.    **FDBA    Healthguard Medical Network, SC**
4.    **FDBA    CP Properties Group, LLC**
5.    **FDBA    Healthguard Pediatric & Adult Medicine**
6.    **FDBA    Briarwood Pediatrics**
7.    **FDBA    Campton Medical Center**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cameron Safarloo**
       **Perniya Masood**               Case No. _____

                                Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Cameron Safarloo**
                                  **Cameron Safarloo**

Date:    **October 21, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cameron Safarloo**
**Perniya Masood**
_____ Case No. _____
Debtor(s)    Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Perniya Masood**
_____
**Perniya Masood**

Date:    **October 21, 2011**
_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Cameron Safarloo,**
　　　**Perniya Masood**

Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　Debtors

Chapter　　　　　　　**7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,000,000.00 | | |
| B - Personal Property | Yes | 4 | 167,273.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 7,325,934.85 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 6,901.69 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 4,665,354.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,979.27 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,468.73 |
| Total Number of Sheets of ALL Schedules | | 62 | | | |
| Total Assets | | | 4,167,273.00 | | |
| Total Liabilities | | | | 11,998,191.25 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cameron Safarloo,**
       **Perniya Masood**                         Case No. _____

                                   Debtors         Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Cameron Safarloo,**

       **Perniya Masood**

Case No. _____

_____ ,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1)  improved commercial real property owned by CP Properties Group LLC** <br> **Location:  472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois (value $550,000) and** <br> **1203, 1205 and 1207 Oak Street, North Aurora, Illinois (value $850,000)** | **fee simple** | **J** | **1,400,000.00** | **1,927,689.85** |
| **2)  improved commercial real property owned by CP Properties Group LLC** <br> **Location:  1494 Merchant Drive, Algonquin, Illinois** | **fee simple** | **J** | **550,000.00** | **685,000.00** |
| **3)  improved residential real property;  debtors are purchasers on Articles of Agreement for Deed dated 8/14/2009;** <br> **Location: 6N601 Kim Lane, St. Charles, Illinois 60175** | **purchasers on Articles of Agreement for Deed** | **J** | **1,200,000.00** | **1,637,000.00** |
| **4)  improved commercial real property owned by CP Properties, Inc.** <br> **Location:  1203, 1205 and 1207 Oak Street, North Aurora, Illinois  (mortgaged to Bank of America with other property, located at 472 Briargate Drive, S. Elgin, Il)** | **fee simple** | **J** | **850,000.00** | **1,920,071.00** |

|  | Sub-Total > | **4,000,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **4,000,000.00** |  |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Cameron Safarloo,**
　　　　**Perniya Masood**

Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Debtors ,

# SCHEDULE B - PERSONAL PROPERTY

　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

　　**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **cash on hand** | J | 350.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at First American Bank** | J | 150.00 |
| | | | **loan checking account at First Federal Savings Bank - acct 05-35522263 (joint with Brian P. Buoy and Debtor)** | J | 450.00 |
| | | | **checking account at Bank of America (CP Properties)** | J | 0.00 |
| | | | **checking account at Citibank (Healthguard Medical Network)** | J | 2,400.00 |
| | | | **checking account at St. Charles Bank & Trust (CP Properties)** | J | 0.00 |
| | | | **savings account at Fifth Third Bank** | J | 50.00 |
| | | | **checking account at Fifth Third Bank (personal)** | J | 20.00 |
| | | | **checking account at PenFed Credit Union** | J | 15.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with landlord** | J | 4,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings; linens, dishes, pots & pans, housewares; living room set, dining room set, family room set, bedroom sets, tvs, stereo system, laptops, printer, desks, tables, chairs, small appliances, household tools;** | J | 4,200.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **professional books,** | J | 450.00 |
| | | | **books, pictures, vases, picture frames, candle holders, crystal bowls, crystal glasses; cd collection** | J | 880.00 |

Sub-Total >　　　　**12,965.00**
(Total of this page)

　__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Cameron Safarloo,**                                          Case No. _____
**Perniya Masood**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 6.  Wearing apparel. | | **necessary personal clothing; bible; textbooks; pictures; purses** | J | 1,350.00 |
| 7.  Furs and jewelry. | | **jewelry:  wedding bands, watches, rings,** | J | 2,150.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth IRA at Fidelity Investments** | H | 4,800.00 |
| | | **Roth IRA at Fidelity Investments** | W | 4,808.00 |
| | | **Employee Stock Ownership Plan - Parson's Corporation** | H | 15,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shares of Healthguard Medical Network, S.C. fdba Campton Pediatrics and fdba Campton Medical Center and fdba Healthguard Pediatrics & Adult Medicine** | W | 0.00 |
| | | **100% shares of Briarwood Medical Center, Ltd. fdba Windsor Pediatrics, and fdba Windsor Medical Center fka Briarwood Pediatrics, Ltd.** | W | 0.00 |
| | | **100% ownership of CP Properties Group, LLC** | J | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |

Sub-Total >      28,108.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Cameron Safarloo,**                                                    Case No. _____
         **Perniya Masood**

_____,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Land Rover | J | 28,250.00 |
| | | 2008 BMW | J | 29,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        **58,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Cameron Safarloo,**                                        Case No. _____
**Perniya Masood**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **medical office equipment and supplies located at medical offices of businesses owned by joint debtor** | **J** | **50,000.00** |
| | | **medical equipment, office equipment, supplies** | **J** | **15,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **medical equipment** | **W** | **50.00** |
| 30. Inventory. | | **medical supplies;** | **W** | **600.00** |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **piano; guitar** | **J** | **2,550.00** |

|  |  |
|---|---|
| Sub-Total > | **68,200.00** |
| (Total of this page) | |
| Total > | **167,273.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Cameron Safarloo,**

**Perniya Masood**

Case No. _____

_____,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash on hand | 735 ILCS 5/12-1001(b) | 350.00 | 350.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking account at First American Bank | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| loan checking account at First Federal Savings Bank - acct 05-35522263 (joint with Brian P. Buoy and Debtor) | 735 ILCS 5/12-1001(b) | 450.00 | 450.00 |
| checking account at Citibank (Healthguard Medical Network) | 735 ILCS 5/12-1001(b) | 2,400.00 | 2,400.00 |
| savings account at Fifth Third Bank | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| checking account at Fifth Third Bank (personal) | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| checking account at PenFed Credit Union | 735 ILCS 5/12-1001(b) | 15.00 | 15.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| professional books, | 735 ILCS 5/12-1001(d) | 450.00 | 450.00 |
| **Wearing Apparel** | | | |
| necessary personal clothing; bible; textbooks; pictures; purses | 735 ILCS 5/12-1001(a) | 1,350.00 | 1,350.00 |
| **Furs and Jewelry** | | | |
| jewelry: wedding bands, watches, rings, | 735 ILCS 5/12-1001(b) | 2,015.00 | 2,150.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Roth IRA at Fidelity Investments | 735 ILCS 5/12-1006 | 100% | 4,800.00 |
| Roth IRA at Fidelity Investments | 735 ILCS 5/12-1006 | 100% | 4,808.00 |
| Employee Stock Ownership Plan - Parson's Corporation | 735 ILCS 5/12-1006 | 100% | 15,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Land Rover | 735 ILCS 5/12-1001(c) | 2,400.00 | 28,250.00 |
| 2008 BMW | 735 ILCS 5/12-1001(c) | 2,400.00 | 29,750.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| medical equipment | 735 ILCS 5/12-1001(d) | 50.00 | 50.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| piano; guitar | 735 ILCS 5/12-1001(b) | 2,550.00 | 2,550.00 |
| | Total: | 39,258.00 | 92,593.00 |

___**0**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re    **Cameron Safarloo,**
     **Perniya Masood**

                       Debtors

Case No. _____

,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **154917926032** <br><br> **Ally Financial** <br> **P O Box 380901** <br> **Bloomington, MN 55438** | | **J** | **Opened  8/01/11  Last Active  9/01/11** <br><br> **2008 BMW** <br><br><br> Value $      **29,750.00** | | | | **29,312.00** | **0.00** |
| Account No. **101519** <br><br> **Bank of America** <br> **IL4-135-10-25** <br> **Business Banking Loan Center** <br> **135 S LaSalle Street** <br> **Chicago, IL 60603** | **X** | **J** | **2007** <br> **First Mortgage** <br> **1)  improved commercial real property owned by CP Properties Group LLC** <br> **Location:  472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois (value $550,000) and** <br> **1203, 1205 and 1207 Oak Street, North** <br> Value $     **1,400,000.00** | | | | **1,900,000.00** | **500,000.00** |
| Account No. **02-3023183-2** <br><br> **Bank of America NA** <br> **PO Box 45144** <br> **FL9-100-04-24 Building 100 4th Floo** <br> **Jacksonville, FL 32232-9923** | | | **Bank of America** <br><br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Justin Kerstetter** <br> **Bank of America** <br> **IL4-135-10-25** <br> **135 S LaSalle Street** <br> **Chicago, IL 60603** | | | **Bank of America** <br><br><br> Value $ | | | | **Notice Only** | |

   **5**     continuation sheets attached

Subtotal
(Total of this page)

   **1,929,312.00**        **500,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re Cameron Safarloo,
    Perniya Masood
                                                            Case No. _____
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Meghann A Salamasick Lowis & Gellen LLP 200 W Adams St Ste 1900 Chicago, IL 60606-5229 | | | Bank of America | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | 2007 First Mortgage | | | | | |
| Bank of America IL4-135-10-25 Business Banking Loan Center 135 S LaSalle Street Chicago, IL 60603 | | J | 4) improved commercial real property owned by CP Properties, Inc. Location: 1203, 1205 and 1207 Oak Street, North Aurora, Illinois (mortgaged to Bank of America with other property, located at 472 Briargate Drive, S. Elgin, | | | | | |
| | | | Value $ 850,000.00 | | | | 1,900,000.00 | 1,050,000.00 |
| Account No. | | | Non Purchase Money Security Interest | | | | | |
| Bankers Healthcare Group, Inc. 325 James Street Syracuse, NY 13203 | | J | 100% shares of Healthguard Medical Network, S.C. fdba Campton Pediatrics and fdba Campton Medical Center and fdba Healthguard Pediatrics & Adult Medicine | | | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Bankers Healthcare Group, Inc. 4875 Volunteer Road Suite 100 Southwest Ranches, FL 33330 | | | Bankers Healthcare Group, Inc. | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | Non Purchase Money Security Interest | | | | | |
| Bankers Healthcare Group, Inc. 325 James Street Syracuse, NY 13203 | | J | medical office equipment and supplies located at medical offices of businesses owned by joint debtor | | | | | |
| | | | Value $ 50,000.00 | | | | 0.00 | 0.00 |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,900,000.00 | 1,050,000.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Cameron Safarloo,**
         **Perniya Masood**                                                        Case No. _____

_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **2730132400** | | | | | Opened 6/01/11 Last Active 9/22/11 | | | | | |
| **Citizens Bank** **Attn: Bankruptcy Department** **480 Jefferson Blvd Ms: Rje-135** **Warwick, RI 02886** | | | J | | Purchase Money Security 2006 Land Rover | | | | | |
| | | | | | Value $            28,250.00 | | | | **26,862.00** | **0.00** |
| Account No. | | | | | | | | | | |
| **Citizens Bank** **480 Jefferson Blvd** **Warwick, RI 02886** | | | | | Citizens Bank | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | Non Purchase Money Security Interest | | | | | |
| **Fifth Third Bank** **222 S Riverside Plaza** **Commercial Loan Dept.** **Chicago, IL 60606** | | | J | | 100% shares of Briarwood Medical Center, Ltd. fdba Windsor Pediatrics, and fdba Windsor Medical Center fka Briarwood Pediatrics, Ltd. | | | | | |
| | | | | | Value $               0.00 | | | | **65,000.00** | **65,000.00** |
| Account No. | | | | | | | | | | |
| **Fifth Third Bank** **346 W Carol Lane** **MDGOPS11** **Elmhurst, IL 60126** | | | | | **Fifth Third Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | Non Purchase Money Security Interest | | | | | |
| **Fifth Third Bank** **222 S Riverside Plaza** **Commercial Loan Dept.** **Chicago, IL 60606** | | | J | | 100% shares of Healthguard Medical Network, S.C. fdba Campton Pediatrics and fdba Campton Medical Center and fdba Healthguard Pediatrics & Adult Medicine | | | | | |
| | | | | | Value $               0.00 | | | | **135,000.00** | **135,000.00** |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **226,862.00** | **200,000.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Cameron Safarloo,**
    **Perniya Masood**                                   Case No. _____

_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fifth Third Bank** <br>**222 S Riverside Plaza** <br>**Commercial Loan Dept.** <br>**Chicago, IL 60606** | | J | **Non Purchase Money Security Interest** <br><br>**medical office equipment and supplies located at medical offices of businesses owned by joint debtor** <br><br>Value $      **50,000.00** | | | | 0.00 | 0.00 |
| Account No. 08-12-202-002 <br><br>**Kane County Treasurer** <br>**PO Box 4025** <br>**Geneva, IL 60134-4025** | | J | **2010** <br>**tax lien** <br>**3) improved residential real property; debtors are purchasers on Articles of Agreement for Deed dated 8/14/2009; Location: 6N601 Kim Lane, St. Charles, Illinois 60175** <br>Value $      **1,200,000.00** | | | | 37,000.00 | 37,000.00 |
| Account No. **15-05-133-007** <br><br>**Kane County Treasurer** <br>**PO Box 4025** <br>**Geneva, IL 60134-4025** | | J | **2010** <br>**tax lien** <br>**4) improved commercial real property owned by CP Properties, Inc.** <br>**Location: 1203, 1205 and 1207 Oak Street, North Aurora, Illinois (mortgaged to Bank of America with other property, located at 472 Briargate Drive, S. Elgin,** <br>Value $      **850,000.00** | | | | 20,071.00 | 20,071.00 |
| Account No. **09-05-254-022** <br><br>**Kane County Treasurer** <br>**719 S Batavia Ave** <br>**Bldg A** <br>**Geneva, IL 60134** | X | J | **tax lien** <br>**1) improved commercial real property owned by CP Properties Group LLC** <br>**Location: 472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois (value $550,000) and** <br>**1203, 1205 and 1207 Oak Street, North Aurora, Illinois (value $850,000)** <br>Value $      **1,400,000.00** | | | | 16,689.85 | 16,689.85 |
| Account No. <br><br>**Kane County Treasurer** <br>**PO Box 4025** <br>**Geneva, IL 60134-4025** | | J | **tax lien** <br>**1) improved commercial real property owned by CP Properties Group LLC** <br>**Location: 472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois (value $550,000) and** <br>**1203, 1205 and 1207 Oak Street, North Aurora, Illinois (value $850,000)** <br>Value $      **1,400,000.00** | | | | 0.00 | 0.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      73,760.85      73,760.85

B6D (Official Form 6D) (12/07) - Cont.

In re    **Cameron Safarloo,**
      **Perniya Masood**                                Case No. _____

                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kishwaukee Community Hospital**<br>**c/o Debbie Sells, Registered Agent**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** | | J | **Non-Purchase Money Security**<br><br>**medical equipment, office equipment, supplies - DeKalb office only**<br><br>Value $          **15,000.00** | | | | **900,000.00** | **885,000.00** |
| Account No.<br><br>**St. Charles Bank & Trust Co.**<br>**411 W. Main Street**<br>**Saint Charles, IL 60174** | X | J | **2007**<br>**First Mortgage**<br>**2) improved commercial real property owned by CP Properties Group LLC Location: 1494 Merchant Drive, Algonquin, Illinois**<br>Value $          **550,000.00** | | | | **685,000.00** | **135,000.00** |
| Account No. **10 CH 2436**<br><br>**Patrick M Kinnally**<br>**Kinnally Flaherty Krentz & Loran PC**<br>**2114 Deerpath Road**<br>**Aurora, IL 60506** | | | **St. Charles Bank & Trust Co.**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**St Charles Bank & Trust Company**<br>**311 North Second Street**<br>**Saint Charles, IL 60174** | | | **St. Charles Bank & Trust Co.**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**StoneLeat Properties, Inc.**<br>**c/o Brian Buoy**<br>**36W 708 STONELEAT ROAD**<br>**Saint Charles, IL 60174** | X | J | **Articles of Agreement for Deed**<br><br>**3) improved residential real property; debtors are purchasers on Articles of Agreement for Deed dated 8/14/2009; Location: 6N601 Kim Lane, St. Charles, Illinois  60175**<br>Value $          **1,200,000.00** | | | | **1,600,000.00** | **400,000.00** |

Sheet ___**4**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                Subtotal           **3,185,000.00**      **1,420,000.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cameron Safarloo,**
      **Perniya Masood**

Case No. _____

                                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Stoneleat Properties, Inc.** **2000 West Main Street** **Unit H** **Saint Charles, IL 60174** | | | **StoneLeat Properties, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **statutory lien** | | | | | |
| **Thornwood Office Center Condo Assn** **c/o Paul A Krieg** **Paul A Krieg, Ltd.** **226 W Judd Street** **Woodstock, IL 60098-3158** | X | J | **1)  improved commercial real property owned by CP Properties Group LLC Location:  472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois (value $550,000)** | | | | **11,000.00** | **11,000.00** |
| | | | Value $          **1,400,000.00** | | | | | |
| Account No. | | | | | | | | |
| **Northwest Property Mgmt** **780 Tek Drive** **Crystal Lake, IL 60014** | | | **Thornwood Office Center Condo Assn** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **11,000.00** | **11,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **7,325,934.85** | **3,254,760.85** |

B6E (Official Form 6E) (4/10)

In re   **Cameron Safarloo,**                                        Case No. _____
        **Perniya Masood**
                                                        ,
                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Cameron Safarloo,**        Case No. _____
        **Perniya Masood**

                                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cathy Garcia** <br>**60 Charity Lane** <br>**Bristol, IL 60512** | X | J | | | | | 927.97 | 0.00 | 927.97 |
| Account No. **32-0027376** <br><br>**US Dept of Labor** <br>**Chicago Illinois District Office** <br>**230 S Dearborn** <br>**Room 412** <br>**Chicago, IL 60604-1595** | | | Cathy Garcia | | | | Notice Only | | |
| Account No. **10-002979** <br><br>**Dr. Louis Casado** <br>**14864 Enclave Lakes Drive** <br>**Delray Beach, FL 33484** | | H | | | | X | 5,973.72 | 0.00 | 5,973.72 |
| Account No. <br><br>**Illinois Dept of Labor** <br>**Fair Labor Standards Division** <br>**160 N LaSalle Street** <br>**Suite C-1300** <br>**Chicago, IL 60601** | | | Dr. Louis Casado | | | | Notice Only | | |
| Account No. <br><br> | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 6,901.69 | 0.00 | 6,901.69 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 6,901.69 | 0.00 | 6,901.69 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re **Cameron Safarloo,**                                          Case No. _____
**Perniya Masood**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6186188** <br><br> **ADT Security Services** <br> **14200 E. Exposition Avenue** <br> **Aurora, CO 80012-2540** | X | J | | | | | | | 111.50 |
| Account No. **4791919** <br><br> **ADT Security Services** <br> **14200 E. Exposition Avenue** <br> **Aurora, CO 80012-2540** | X | J | | | | | | | 71.88 |
| Account No. **132646893** <br><br> **ADT Security Services** <br> **14200 E. Exposition Avenue** <br> **Aurora, CO 80012-2540** | | J | | | | | | | 500.00 |
| Account No. **5427133** <br><br> **ADT Security Services, Inc.** <br> **14200 East Exposition Avenue** <br> **Aurora, CO 80012-2540** | X | J | | | | | | | 331.35 |
| __34__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 1,014.73 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**　　　　　　　　　　　　　Case No. _____
**Perniya Masood**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ending 621007** <br><br> **American Express** <br> **PO Box 297879** <br> **Fort Lauderdale, FL 33329-7879** | | H | | | | | 1,850.00 |
| Account No. **3499914181160593** <br><br> **American Express** <br> **American Express Special Research** <br> **Po Box 981540** <br> **El Paso, TX 79998** | | H | Opened  2/01/07  Last Active  9/21/11 <br> CreditCard | | | | 9,014.00 |
| Account No. <br><br> **American Express** <br> **P.o. Box 981535** <br> **El Paso, TX 79998-1535** | | | **American Express** | | | | **Notice Only** |
| Account No. **3499916905804853** <br><br> **American Express** <br> **American Express Special Research** <br> **Po Box 981540** <br> **El Paso, TX 79998** | | H | Opened  7/01/07  Last Active  10/11/11 <br> CreditCard | | | | 1,848.00 |
| Account No. <br><br> **American Express** <br> **P.o. Box 981535** <br> **El Paso, TX 79998-1535** | | | **American Express** | | | | **Notice Only** |

Sheet no. __1__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **12,712.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
      **Perniya Masood**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2-32009** | | | | | | | | |
| **American Express** **American Express Special Research** **Po Box 981535** **El Paso, TX 79998-1535** | X | J | | | | | | **37,667.32** |
| Account No. | | | | | | | | |
| **American Express** **P.O. Box 297879** **Fort Lauderdale, FL 33329-7879** | | | | American Express | | | | **Notice Only** |
| Account No. 3772 24727682007 | | | | | | | | |
| **American Express** **Po Box 981535** **El Paso, TX 79998-1531** | | J | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **American Express Blue** **PO Box 247018** **Omaha, NE 68124-7018** | | | | American Express | | | | **Notice Only** |
| Account No. 3715-377817-61004 | | | | | | | | |
| **American Express** **P.O. Box 297812** **Fort Lauderdale, FL 33329-7812** | | J | | | | | | **0.00** |

Sheet no. __2___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,667.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ending in 4136** <br><br> **Bank Of America** <br> **P.O. Box 15027** <br> **Wilmington, DE 19850-5027** | | J | | | | | 0.00 |
| Account No. **4313070061514136** <br><br> **Bank Of America** <br> **Po Box 982235** <br> **El Paso, TX 79998-2235** | | W | Opened  8/01/96  Last Active  7/18/11 <br> CreditCard | | | | 59,023.00 |
| Account No. **5490353256933275** <br><br> **Bank Of America** <br> **Po Box 982235** <br> **El Paso, TX 79998-2235** | | H | Opened  9/01/03  Last Active  7/06/11 <br> CreditCard | | | | 26,736.00 |
| Account No. **5490330485231929** <br><br> **Bank Of America** <br> **Po Box 982235** <br> **El Paso, TX 79998-2235** | | H | Opened  7/01/09  Last Active  7/06/11 <br> CreditCard | | | | 25,696.00 |
| Account No. <br><br> **Bankers Healthcare Group, Inc.** <br> **325 James Street** <br> **Syracuse, NY 13203** | X | J | 2006 | | | | 97,000.00 |

Sheet no. __3__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**208,455.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cameron Safarloo,**
      **Perniya Masood**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **L010908009** <br><br> **Bankers Healthcare Group, Inc.** <br> **4876 Volunteer Road** <br> **Suite 100** <br> **Southwest Ranches, FL 33330** | | | | **Bankers Healthcare Group, Inc.** | | | | **Notice Only** |
| Account No. **2011-5204** <br><br> **Christopher J. Cali, Esq.** <br> **325 James Street** <br> **Syracuse, NY 13203** | | | | **Bankers Healthcare Group, Inc.** | | | | **Notice Only** |
| Account No. **546638000** <br><br> **Barclays Bank Delaware** <br> **125 South West Street** <br> **Wilmington, DE 19801-5014** | | H | | **Opened  2/01/07  Last Active  7/19/11** <br> **CreditCard** | | | | **4,544.00** |
| Account No. **000133503** <br><br> **Besse Medical** <br> **AmerisourceBergen Specialty Group** <br> **345 International Blvd. Suite 400** <br> **Brooks, KY 40109** | X | J | | **inv 12010126821** | | | | **321.30** |
| Account No. **000133477** <br><br> **Besse Medical** <br> **AmerisourceBergen Specialty Group** <br> **345 International Blvd. Suite 400** <br> **Brooks, KY 40109** | X | J | | **inv. 12010073557** | | | | **1,375.09** |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,240.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
**Perniya Masood**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **000133502** | | | | | inv 12010073558 | | | | |
| **Besse Medical AmerisourceBergen Specialty Group 345 International Blvd. Suite 400 Brooks, KY 40109** | X | | J | | | | | | 2,911.57 |
| Account No. **000133503** | | | | | inv 12010073559 | | | | |
| **Besse Medical AmerisourceBergen Specialty Group 345 International Blvd. Suite 400 Brooks, KY 40109** | X | | J | | | | | | 3,796.15 |
| Account No. **000133502** | | | | | inv. 12010081016 | | | | |
| **Besse Medical AmerisourceBergen Specialty Group 345 International Blvd. Suite 400 Brooks, KY 40109** | X | | J | | | | | | 829.64 |
| Account No. **000133503** | | | | | inv. 12010136331 | | | | |
| **Besse Medical AmerisourceBergen Specialty Group 345 International Blvd. Suite 400 Brooks, KY 40109** | X | | J | | | | | | 2,587.59 |
| Account No. | | | | | | | | | |
| **Brian Buoy 36W 708 STONELEAT ROAD Saint Charles, IL 60174** | | | J | | | | | X | 0.00 |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **10,124.95**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
        **Perniya Masood**
                                                                    Case No. _____
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Brian Buoy** **2000 W Main Street # H** **Saint Charles, IL 60174-1773** | | J | | | | X | |
| | | | | | | | 0.0 |
| Account No. | | | | | | | |
| **Briarwood Office Center II Condo As** **c/o Robert Bergland,** **Registered Agent** **780 Tek Drive** **Crystal Lake, IL 60014** | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | commercial lease | | | | |
| **Campton Wasco, LLC** **c/o Thomas J. Hoffman** **870 Ryan Court** **Batavia, IL 60510** | X | J | | | | | |
| | | | | | | | 140,000.00 |
| Account No. | | | | | | | |
| **Hoscheit McQuirk McCracken &** **Cuscaden PC** **1001 E Main St Ste G** **Attn:  Kate L. McCracken** **St Charles, IL 60174-2204** | | | Campton Wasco, LLC | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Murray Properties Inc.** **c/o Brett M. Dale** **1755 S Naperville Road** **Suite 200** **Wheaton, IL 60189** | | | Campton Wasco, LLC | | | | **Notice Only** |

Sheet no. __6__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**140,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Murray Properties Inc.**<br>**700 E Main Street**<br>**Suite E**<br>**Saint Charles, IL 60174** | | | **Campton Wasco, LLC** | | | | **Notice Only** |
| Account No. **103474** <br><br>**CBeyond**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** | X | J | | | | | **548.26** |
| Account No. **103473** <br><br>**CBeyond**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** | X | J | | | | | **592.16** |
| Account No. **103472** <br><br>**CBeyond**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** | X | J | | | | | **568.14** |
| Account No. <br><br>**Celina G. Miller, M.D.**<br>**10802 Greywall Lane**<br>**Huntley, IL 60142** | X | J | | | | X | **0.0** |

Sheet no. __7__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,708.56**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**                                              Case No. _____
       **Perniya Masood**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4388576027345043** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | J | **Opened  5/01/98  Last Active  7/19/11** <br> **CreditCard** | | | | **23,021.00** |
| Account No. <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | | **Chase** | | | | **Notice Only** |
| Account No. **4246315172552208** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | H | **Opened  8/01/07  Last Active  7/06/11** <br> **CreditCard** | | | | **7,703.00** |
| Account No. <br><br> **Chase** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | | **Chase** | | | | **Notice Only** |
| Account No. **4246315161901382** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | J | **Opened  11/01/08  Last Active  7/06/11** <br> **CreditCard** | | | | **4,868.00** |

Sheet no. __**8**__ of __**34**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)     **35,592.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cameron Safarloo,**
        **Perniya Masood**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chase** <br>**PO Box 15298** <br>**Wilmington, DE 19850-5298** | | | **Chase** | | | | **Notice Only** |
| Account No. **4246-3151-5271-2434** <br><br>**Chase Business Card** <br>**PO Box 15298** <br>**Wilmington, DE 19850-5298** | | J | | | | | **31,574.29** |
| Account No. **9002811865100011989 0208** <br><br>**Chela/Sallie Mae** <br>**Attn: Claims Department** <br>**Po Box 9500** <br>**Wilkes-Barre, PA 18773** | | J | **Opened 2/01/89 Last Active 9/15/09** <br>**Educational** | | | | **2,025.00** |
| Account No. <br><br>**Chela/Sallie Mae** <br>**Po Box 9500** <br>**Wilkes Barre, PA 18773** | | | **Chela/Sallie Mae** | | | | **Notice Only** |
| Account No. **9002811865100021990 0126** <br><br>**Chela/Sallie Mae** <br>**Attn: Claims Department** <br>**Po Box 9500** <br>**Wilkes-Barre, PA 18773** | | J | **Opened 1/01/90 Last Active 9/15/09** <br>**Educational** | | | | **1,852.00** |

Sheet no. __9___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,451.29**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**
       **Perniya Masood**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chela/Sallie Mae** <br> **Po Box 9500** <br> **Wilkes Barre, PA 18773** | | | **Chela/Sallie Mae** | | | | **Notice Only** |
| Account No. **11-4553** <br><br> **Cheryl Seifert** <br> **c/o Erwin Cohn** <br> **Cohn & Cohn** <br> **77 West Washington Street, Suite 14** <br> **Chicago, IL 60602** | X | J | 4/25/2011 | | | X | **0.00** |
| Account No. **5466-1600-3029-3672** <br><br> **Citi Advantage** <br> **P.O. Box 6000** <br> **The Lakes, NV 89163-6000** | | J | | | | | **0.00** |
| Account No. <br><br> **Citi AAdvantage Mastercard** <br> **PO Box 142289** <br> **Irving, TX 75014-2289** | | | **Citi Advantage** | | | | **Notice Only** |
| Account No. **5466-1600-6651-9875** <br><br> **Citi Gold AAdvantage** <br> **Customer Service** <br> **Box 6500** <br> **Sioux Falls, SD 57117** | | J | | | | | **1,898.57** |

Sheet no. __**10**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,898.57**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cameron Safarloo,**
     **Perniya Masood**

Case No. _____

_____,
                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5466160212919227** <br><br> **Citibank Sd, Na** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | | W | | Opened 7/01/09 Last Active 7/06/11 <br> CreditCard | | | | **22,585.00** |
| Account No. <br><br> **Citibank Sd, Na** <br> **Po Box 6500** <br> **Sioux Falls, SD 57117** | | | | | **Citibank Sd, Na** | | | | **Notice Only** |
| Account No. **5466160066519875** <br><br> **Citibank Sd, Na** <br> **Attn: Centralized Bankruptcy** <br> **Po Box 20507** <br> **Kansas City, MO 64195** | | H | | | Opened 7/01/09 Last Active 7/19/11 <br> CreditCard | | | | **1,898.00** |
| Account No. <br><br> **Citibank Sd, Na** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | | | | **Citibank Sd, Na** | | | | **Notice Only** |
| Account No. **0573097051** <br><br> **ComEd** <br> **C/O: System Credit Department** <br> **2100 West Drive** <br> **Oak Brook, IL 60523** | X | J | | | | | | | **126.00** |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,609.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**                                         Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3603153021** **ComEd** **C/O:  System Credit Department** **2100 West Drive** **Oak Brook, IL 60523** | X | J | | | | | 405.00 |
| Account No. **2796148039** **ComEd** **C/O:  System Credit Department** **2100 West Drive** **Oak Brook, IL 60523** | X | J | | | | | 278.00 |
| Account No. **0297081102** **ComEd** **C/O:  System Credit Department** **2100 West Drive** **Oak Brook, IL 60523** | X | J | | | | | 60.00 |
| Account No. **3043167025** **ComEd** **C/O:  System Credit Department** **2100 West Drive** **Oak Brook, IL 60523** | X | J | | | | | 725.00 |
| Account No. **4412540002828290** **Commerce Bk** **P.o. Box 411036** **Kansas City, MO 64141** | | W | Opened  2/01/10  Last Active  7/06/11 CreditCard | | | | 4,711.00 |

Sheet no. __**12**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     6,179.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Commerce Bank** <br>**PO Box 410857** <br>**Kansas City, MO 64147-0857** | | | | **Commerce Bk** | | | | **Notice Only** |
| Account No. <br><br>**Commerce Bank Card Center** <br>**3930 S. 147th Street** <br>**Suite 200** <br>**Omaha, NE 68144-5566** | | | | **Commerce Bk** | | | | **Notice Only** |
| Account No. **inv 20696** <br><br>**Cutting Edge Document Destruction L** <br>**3301 W 47th Place** <br>**Chicago, IL 60632** | X | | J | | | | | **40.00** |
| Account No. <br><br>**Delnor-Community Hospital** <br>**c/o Thomas L Wright, Registered Age** <br>**300 Randall Road** <br>**Geneva, IL 60134** | X | | J | | | | | **500,000.00** |
| Account No. <br><br>**Delnor-Community Hospital** <br>**c/o Thomas L Wright, Registered Age** <br>**300 Randall Road** <br>**Geneva, IL 60134** | X | | J | | | | | **0.00** |

Sheet no. __13__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**500,040.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cameron Safarloo,**
        **Perniya Masood**
                                                              Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dependon Collection Services** **120 West 22nd Street** **Suite 360** **Oak Brook, IL 60523** | X | J | | | | | **31.55** |
| Account No. **ending in 3866** | | | | | | | |
| **Discover** **PO Box 30943** **Salt Lake City, UT 84130** | | J | | | | | **7,963.54** |
| Account No. 6011208920983866 | | | Opened  2/01/10  Last Active  7/18/11 CreditCard | | | | |
| **Discover Fin** **Attention:  Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | | J | | | | | **7,963.00** |
| Account No. | | | | | | | |
| **Discover Fin** **Po Box 15316** **Wilmington, DE 19850** | | | **Discover Fin** | | | | **Notice Only** |
| Account No. **W2029-4** | | | | | | | |
| **FFCC** **PO Box 20790** **Columbus, OH 43220** | X | J | | | | | **138.50** |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **16,096.59**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
**Perniya Masood**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **W2030-4** | | | | | | | |
| **FFCC**<br>**PO Box 20790**<br>**Columbus, OH 43220** | X | J | | | | | **80.27** |
| Account No. **0905265039-00026** | | | **2009**<br>**business line of credit - Briarwood Medical Center, Ltd.** | | | | |
| **Fifth Third Bank**<br>**222 S Riverside Plaza**<br>**Commercial Loan Dept.**<br>**Chicago, IL 60606** | X | J | | | | | **250,000.00** |
| Account No. | | | | | | | |
| **Fifth Third Bank**<br>**Madisonville Operations Center**<br>**MD1MOB10**<br>**Cincinnati, OH 45227** | | | **Fifth Third Bank** | | | | **Notice Only** |
| Account No. **5293062300347189** | | | **Opened  6/01/09  Last Active  9/20/11**<br>**CreditCard** | | | | |
| **Fifth Third Bank**<br>**Mz-Bankrupcty East-Rscbte**<br>**1830 East Paris Ave. Se**<br>**Grand Rapids, MI 49546** | X | H | | | | | **1,680.00** |
| Account No. | | | | | | | |
| **Fifth Third Bank**<br>**MD1MOC2G-4050**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | | | **Fifth Third Bank** | | | | **Notice Only** |

Sheet no. __15__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**251,760.27**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cameron Safarloo,**                                         Case No. _____
    **Perniya Masood**
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0905910832-00034 | | | loc - Healthguard Medical Network, SC | | | | |
| **Fifth Third Bank 222 S Riverside Plaza Commercial Loan Dept. Chicago, IL 60606** | | J | | | | | 78,000.00 |
| Account No. 5526-3223-2500-8474 | | | | | | | |
| **Fifth Third Bank MD1MOC2G-4050 38 Fountain Square Plaza Cincinnati, OH 45263** | | J | | | | | 10,757.19 |
| Account No. | | | | | | | |
| **Fifth Third Bank PO Box 63900  CC3110 Cincinnati, OH 45263-0900** | | | Fifth Third Bank | | | | Notice Only |
| Account No. | | | | | | | |
| **First Federal Savings Bank 633 LaSalle St. Ottawa, IL 61350-2931** | X | J | | | | | 0.00 |
| Account No. 2011 CH 003636 | | | | | | | |
| **Ronald O. Roeser Roeser & Vucha 920 Davis Rd Ste 100 Elgin, IL 60123-1344** | | | First Federal Savings Bank | | | | Notice Only |

Sheet no. __16__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
             (Total of this page)          88,757.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **44149** | | | | | | | | |
| **Fox Valley Fire & Safety** **2730 Pinnacle Drive** **Elgin, IL 60124** | X | J | | | | | | 60.00 |
| Account No. | | | | | | | | |
| **Fox Valley Lawn Care, Inc.** **PO Box 5533** **Elgin, IL 60121** | | J | | | | | | 300.00 |
| Account No. **7570** | | | | | | | | |
| **Fox Valley Webworks Inc.** **847 S Randall Road** **Suite 344** **Elgin, IL 60123** | X | J | | | | | | 149.85 |
| Account No. **40 1696 3358007751 00** | | | | | | | | |
| **Frontier** **PO Box 2951** **Phoenix, AZ 85062-2051** | X | J | | | | | | 108.07 |
| Account No. **5239111100001731** | | | | Opened  2/01/07  Last Active  7/07/11 CreditCard | | | | |
| **Gecrb/ge Money Bk Affi** **4125 Winward Plaza** **Alpharetta, GA 30005** | | H | | | | | | 14,473.00 |

Sheet no. __**17**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,090.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**
　　　 **Perniya Masood**                                        Case No. _____

_____,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.　GC Services POB 1389 Copperas Cove, TX 76522-5389 | | | | Gecrb/ge Money Bk Affi | | | | **Notice Only** |
| Account No.　GC Services 6330 Gulfton Houston, TX 77081 | | | | Gecrb/ge Money Bk Affi | | | | **Notice Only** |
| Account No.　GE Money Bank Attn: Bankruptcy Dept. PO Box 103104 Roswell, GA 30076 | | | | Gecrb/ge Money Bk Affi | | | | **Notice Only** |
| Account No. **5243662005444073**　Gecrb/tjx Cos Dc Po Box 1400 El Paso, TX 79948 | | H | | Opened  9/01/08  Last Active  7/21/11 CreditCard | | | | **917.00** |
| Account No. **various**　GlaxoSmithKline Financial Revenue Cyucle FP1555 One Franklin Plaza PO Box 7929 Philadelphia, PA 19101-7929 | X | J | | | | | | **19,876.64** |

Sheet no. __**18**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,793.64**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cameron Safarloo,**
**Perniya Masood**
Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **01205OA** | | | | **maintenance agreement** | | | | |
| **Great Lakes Elevator Service, Inc.**<br>**1480 Renaissance Drive**<br>**Suite 203**<br>**Park Ridge, IL 60068** | **X** | **J** | | | | | | **1,850.00** |
| Account No. | | | | **2009** | | | | |
| **Health Progress, Inc.**<br>**c/o Debbie Sells**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** | **X** | **J** | | | | | | **200,000.00** |
| Account No. | | | | | | | | |
| **Health Progess, Inc.**<br>**One Kish Hospital Drive**<br>**PO Box 525**<br>**DeKalb, IL 60115** | | | | **Health Progress, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Health Progress, Inc.**<br>**626 Bethany Road**<br>**DeKalb, IL 60115** | | | | **Health Progress, Inc.** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Jeffrey L. Lewis**<br>**2045 Aberdeen Court**<br>**Suite A**<br>**Sycamore, IL 60178** | | | | **Health Progress, Inc.** | | | | **Notice Only** |

Sheet no. __19__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **201,850.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **74436** | | | | | | | | |
| **HealthLab** **Department 4065** **Carol Stream, IL 60122** | X | J | | | | | | 202.00 |
| Account No. | | | | | | | | |
| **Heather A. Decker, M.D.** **38W620 Callighan Place** **Geneva, IL 60134** | X | J | | | | | X | 0.0 |
| Account No. **2194281** | | | | | | | | |
| **Henry Schein** **135 Duryea Road** **Melville, NY 11747-3824** | X | J | | | | | | 10,963.59 |
| Account No. **37727227437337** | | | | | | | | |
| **Hinckley Springs** **6750 Discovery Blvd** **Mableton, GA 30126** | X | J | | | | | | 26.00 |
| Account No. **inv 18562 et al** | | | | | | | | |
| **ImagePro Services & Supplies, Inc.** **24 N. Batavia Ave** **Batavia, IL 60510** | X | J | | | | | | 623.22 |

Sheet no. __20__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,814.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
      **Perniya Masood**

Case No. _____

_____,
                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0009077950**<br><br>**Ingenix**<br>**PO Box 27116**<br>**Salt Lake City, UT 84127-0116** | X | J | | | | | **165.67** |
| Account No. **5466-3800-0191-4045**<br><br>**Juniper Bank**<br>**Card Services**<br>**PO Box 8802**<br>**Wilmington, DE 19899-8802** | | J | | | | | **4,544.29** |
| Account No.<br><br>**Juniper**<br>**PO Box 13337**<br>**Philadelphia, PA 19101-3337** | | | **Juniper Bank** | | | | **Notice Only** |
| Account No.<br><br>**Kishwaukee Community Hospital**<br>**c/o Debbie Sells, Registered Agent**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** | X | W | **2008** | | | | **900,000.00** |
| Account No.<br><br>**Jeffrey L. Lewis**<br>**2045 Aberdeen Court**<br>**Suite A**<br>**Sycamore, IL 60178** | | | **Kishwaukee Community Hospital** | | | | **Notice Only** |

Sheet no. __21__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**904,709.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
**Perniya Masood**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Kishwaukee Community Hospital** <br>**c/o Debbie Sells, Registered Agent** <br>**One Kish Hospital Drive** <br>**DeKalb, IL 60115** | X | J | | | | | 0.00 |
| Account No. <br><br>**Tracey L. Klein, Esq.** <br>**Reinharg Boerner Van Deuren SC** <br>**1000 N Water Street** <br>**Suite 2100** <br>**Milwaukee, WI 53202** | | | **Kishwaukee Community Hospital** | | | | Notice Only |
| Account No. <br><br>**Kishwaukee Medical Pavilion LLC** <br>**c/o Bruce A Salk** <br>**Registered Agent** <br>**630 Dundee Road, Suite 120** <br>**Northbrook, IL 60062** | X | J | | | | X | 0.00 |
| Account No. **41775739** <br><br>**Land Rvr** <br>**25 Braintree Hill Park S** <br>**Braintree, MA 02184** | | H | Opened 11/01/06  Last Active  6/10/09 <br>Lease | | | | 395.00 |
| Account No. **12894510** <br><br>**LapCorp** <br>**PO Box 12140** <br>**Burlington, NC 27216-2140** | X | J | | | | | 111.75 |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

506.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Cameron Safarloo,**
    **Perniya Masood**

Case No. _____

_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Maggie E. Chacko, M.D.** **8221 Pine Bluff Court** **Darien, IL 60561** | | J | | | | X | |
| | | | | | | | 0.0 |
| Account No. 007-0012216-001 | | | auto lease | | | | |
| **Maserati Financial Services** **PO Box 3600** **Lancaster, PA 17604-3600** | X | J | | | | | |
| | | | | | | | 495.00 |
| Account No. inv 2894275 | | | | | | | |
| **Medical Arts Press** **8500 Wyoming Avenue North** **Minneapolis, MN 55445-1825** | X | J | | | | | |
| | | | | | | | 99.72 |
| Account No. inv 3023364 | | | | | | | |
| **Medical Arts Press** **8500 Wyoming Avenue North** **Minneapolis, MN 55445-1825** | X | J | | | | | |
| | | | | | | | 223.02 |
| Account No. 55246 | | | | | | | |
| **Merck Sharp & Dohme Corp** **One Merck Drive** **Whitehouse Station, NJ 08889-3400** | | J | | | | | |
| | | | | | | | 25,011.84 |

| | | |
|---|---|---|
| Sheet no. __23__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 25,829.58 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**
         **Perniya Masood**                                    Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Merck Sharp & Dohme Corp PO Box 5254 Carol Stream, IL 60197-5254** | | | **Merck Sharp & Dohme Corp** | | | | **Notice Only** |
| Account No. **Murray Properties, Inc. 700 E Main Street Suite E Saint Charles, IL 60174** | X | J | | | | | **80,000.00** |
| Account No. **Murray Properties, Inc. 700 E Main Street Suite E Saint Charles, IL 60174** | X | J | | | | | **108,606.00** |
| Account No. **6304437000** **Netcomm Business Solutions 1217 S Bridge Street Yorkville, IL 60560** | | J | | | | | **79.98** |
| Account No. **Netcomm Business Solutions 1217 S Bridge Street Yorkville, IL 60560** | X | J | | | | | **956.34** |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **189,642.32**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**                                          Case No. _____

                                    _____,
                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Neurometrix, Inc.** <br> **62 4th Ave** <br> **Waltham, MA 02451** | X | J | | | | | 364.49 |
| Account No. **52-33-66-2300 5** <br><br> **Nicor** <br> **P.O. Box 2020** <br> **Aurora, IL 60507-2020** | X | J | | | | | 282.17 |
| Account No. **52-33-66-2300-5** <br><br> **Nicor** <br> **P.O. Box 2020** <br> **Aurora, IL 60507-2020** | X | J | | | | | 240.26 |
| Account No. **74-21-57-8002-9** <br><br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora, IL 60507-0632** | X | J | | | | | 500.00 |
| Account No. **22-72-67-2393-9** <br><br> **Nicor Gas** <br> **PO Box 0632** <br> **Aurora, IL 60507-0632** | X | J | | | | | 126.85 |

Sheet no. __25__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,513.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**
      **Perniya Masood**                                     Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **95-78-65-2350-6** | | | | | | | |
| **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** | X | J | | | | | 54.74 |
| Account No. **80-28-47-1436-9** | | | | | | | |
| **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** | X | J | | | | | 977.95 |
| Account No. | | | | | | | |
| **Norman Cardoza and Elizabeth Cardoza**<br>**411 Green River Court**<br>**Schaumburg, IL 60194** | | J | | | | X | 0.0 |
| Account No. **inv 10170124** | | | | | | | |
| **Perfect Serve, Inc.**<br>**1225 E Weisgarber Road**<br>**Suite 300**<br>**Knoxville, TN 37909-2641** | X | J | | | | | 247.50 |
| Account No. **999999** | | | | | | | |
| **PMMC**<br>**400 East Joppa Road**<br>**Suite 300**<br>**Towson, MD 21286-5452** | X | J | | | | | 46.92 |

Sheet no. __26__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)    **1,327.11**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cameron Safarloo,**
      **Perniya Masood**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **999999** <br><br>**PMMC** <br>**400 East Joppa Road** <br>**Suite 300** <br>**Towson, MD 21286-5452** | X | J | | | | | 169.80 |
| Account No. **999999** <br><br>**PMMC** <br>**400 East Joppa Road** <br>**Suite 300** <br>**Towson, MD 21286-5452** | | W | | | | | 87.18 |
| Account No. **100017602** <br><br>**Proshred Security** <br>**14029 S Cicero Ave** <br>**Crestwood, IL 60445** | X | J | | | | | 56.00 |
| Account No. **1388** <br><br>**ProtoMed Medical Management Corp** <br>**400 E Joppa Road** <br>**3rd Floor** <br>**Towson, MD 21286** | X | J | | | | | 4,954.88 |
| Account No. <br><br>**Provena Hospitals** <br>**dba Provena Mercy Medical Center** <br>**c/o M Meghan Kieffer** <br>**19065 Hickory Creek Drive** <br>**Mokena, IL 60448** | X | J | | | | | 71,000.00 |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

76,267.86

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **23450419** <br><br> **PSS World Medical Inc.** <br>**300-2 Airport Road** <br>**Elgin, IL 60123-1600** | X | J | | | | | 545.24 |
| Account No. **PC 9508** <br><br> **Putnam Leasing Company I LLC** <br>**300 Main Street** <br>**Attn:  Steven A. Posner** <br>**Stamford, CT 06901** | X | J | | | | | 8,000.00 |
| Account No. **22673917** <br><br> **Quest Diagnostics** <br>**PO Box 12989** <br>**Chicago, IL 60693** | X | J | | | | | 281.08 |
| Account No. **22671223** <br><br> **Quest Diagnostics** <br>**PO Box 12989** <br>**Chicago, IL 60693** | X | J | | | | | 558.87 |
| Account No. <br><br> **Randall/Stoneleat Condo Assn** <br>**c/o Dr. Richard Chroust** <br>**1217 Oak Street** <br>**North Aurora, IL 60542** | | J | | | | | 3,400.00 |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,785.19

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**
       _____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **inv. 31961** | | | | | | | |
| **RothMelei Attorneys at Law 454 W Virginia Street Crystal Lake, IL 60014** | X | J | | | | | 753.75 |
| Account No. | | | | | | | |
| **RothMelei 454 W Virginia Street Crystal Lake, IL 60014-5966** | | J | | | | | 1,200.00 |
| Account No. **491782** | | | | | | | |
| **RRCI 3541 Chain Bridge Road Suite 209 Fairfax, VA 22030** | | J | | | | | 165.67 |
| Account No. | | | | | | | |
| **Sallie Mae P.O. Box 7700 Wilkes Barre, PA 18773-9500** | | W | | | | | 3,660.63 |
| Account No. **74027676** | | | | | | | |
| **Sanofi Pateur, Inc Discovery Drive Attn: Customer Account Mgmt Swiftwater, PA 18370** | X | J | | | | | 9,760.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,540.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**                                                      Case No. _____
         **Perniya Masood**
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6005470** | | | | | | | |
| **Santanna Energy Services** **120 E Ogden Ave** **Suite 236** **Hinsdale, IL 60521** | X | J | | | | | **20.79** |
| Account No. **05217-000    3002589** | | | | | | | |
| **SmithAmundsen** **150 N. Michigan Ave** **Suite 3300** **Chicago, IL 60601** | X | J | | | | | **1,500.00** |
| Account No. | | | | | | | |
| **Stericycle, Inc.** **c/o CT Corporation** **208 S LaSalle Street** **Suite 814** **220.68, IL 60604** | X | J | | | | | **0.00** |
| Account No. | | | | | | | |
| **StoneLeat Properties, Inc.** **c/o Hoscheit, McGuirk McCracken** **1001 East Main Street** **Suite G** **Saint Charles, IL 60174** | | J | | | | X | **1,720,734.04** |
| Account No. **83 12567895** | | | | | | | |
| **The Hartford** **Attn: Collections Dept** **PO Box 2907** **Hartford, CT 06104-2907** | | J | | | | | **1,643.16** |

Sheet no. __30__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,723,897.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cameron Safarloo,**
       **Perniya Masood**                                              Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83 12567895** | | | | | | | |
| **The Hartford** **Attn:  Collections Dept** **PO Box 2907** **Hartford, CT 06104-2907** | X | J | | | | | 7,145.16 |
| Account No. **inv. 10-3009** | | | | | | | |
| **Thompson Elevator Inspection Servic** **1302 E Thayer Street** **Mount Prospect, IL 60056** | X | J | | | | | 100.00 |
| Account No. **2011 LM 000245** | | | | | | | |
| **Thornwood Office Center Condo Assn** **c/o Paul A Krieg** **Paul A Krieg, Ltd.** **226 W Judd Street** **Woodstock, IL 60098-3158** | | J | | | | | 11,000.00 |
| Account No. **5243-6620-0544-4073** | | | | | | | |
| **TJX Rewards** **GE Money Bank** **Attn:  Bankruptcy Dept.** **PO Box 103104** **Roswell, GA 30076** | | H | | | | | 917.74 |
| Account No. **5240-3420-0229-9001** | | | | | | | |
| **TJX Rewards** **PO Box 15298** **Wilmington, DE 19850-5298** | | J | | | | | 0.00 |

Sheet no. __31__ of __34__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)      **19,162.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**                                          Case No. _____
         **Perniya Masood**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **TJX Rewards PO Box 6184 Westerville, OH 43086** | | | **TJX Rewards** | | | | **Notice Only** |
| Account No. **4388-5760-2734-5043**  **United Mileage Plus PO Box 15298 Wilmington, DE 19850-5298** | | J | | | | | **23,021.41** |
| Account No.  **Cardmember Service (United Mileage+ P.O. Box 15153 Wilmington, DE 19886-5153** | | | **United Mileage Plus** | | | | **Notice Only** |
| Account No.  **Chase PO Box 15298 Wilmington, DE 19850-5298** | | | **United Mileage Plus** | | | | **Notice Only** |
| Account No. **4037-8400-2834-1988**  **US Bank NA Cardmember Services PO Box 6335 Fargo, ND 58125-6335** | | H | | | | | **5,881.90** |

Sheet no. **_32_** of **_34_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,903.31**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**
**Perniya Masood**                                           Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **286149324-00001** | | | | | | | |
| **Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL 60123-1488** | X | J | | | | | 950.00 |
| Account No. **9744047201-00** | | | | | | | |
| **Village of South Elgin**<br>**Utility Bill**<br>**10 N Water Street**<br>**South Elgin, IL 60177-1602** | X | J | | | | | 696.23 |
| Account No. **144807** | | | | | | | |
| **Warehouse Direct**<br>**1601 Algonquin Road**<br>**Mount Prospect, IL 60056** | | J | | | | | 76.71 |
| Account No. **310-04-003-0554-J1** | | | | | | | |
| **Wasco Sanitary District**<br>**PO Box 9**<br>**Wasco, IL 60183** | X | J | | | | | 89.00 |
| Account No. **310-04-003-0556-L1** | | | | | | | |
| **Wasco Sanitary District**<br>**PO Box 9**<br>**Wasco, IL 60183** | X | J | | | | | 101.50 |

Sheet no. __**33**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     1,913.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Cameron Safarloo,**
     **Perniya Masood**                                                    Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**William J. Monaco, M.D.**<br>**149 Elizabeth Court**<br>**Wood Dale, IL 60191** | X | J | | | | X | **0.0** |
| Account No. **906838873**<br><br>**Wyeth Pharmaceuticals**<br>**Wyeth Collection Division**<br>**Dept. CH 14083**<br>**Palatine, IL 60055-4083** | | J | | | | | **6,946.13** |
| Account No. **906838545**<br><br>**Wyeth Pharmaceuticals**<br>**Wyeth Collection Division**<br>**Dept. CH 14083**<br>**Palatine, IL 60055-4083** | X | J | | | | | **28,552.12** |
| Account No. <br><br>**Law Offices of W.C. French**<br>**PO Box 572884**<br>**Houston, TX 77257** | | | **Wyeth Pharmaceuticals** | | | | **Notice Only** |
| Account No. <br><br> | | | | | | | |

Sheet no. __34__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **35,498.25** |
| Total<br>(Report on Summary of Schedules) | | **4,665,354.71** |

B6G (Official Form 6G) (12/07)

.

In re   **Cameron Safarloo,**                                        Case No. _____
     **Perniya Masood**

_____,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ADT Security Services**<br>**14200 E. Exposition Avenue**<br>**Aurora, CO 80012-2540** | **Debtors elect to reject all executory contracts for**<br>**security monitoring** |
| **Campton Wasco, LLC**<br>**c/o Thomas J. Hoffman**<br>**870 Ryan Court**<br>**Batavia, IL 60510** | **debtors elect to reject terms of commercial real**<br>**estate lease -**<br>**Location:  Campton Centre, Lot 3, 40W222 LaFax**<br>**Road, St. Charles, Il  60175** |
| **Fox Valley Lawn Care, Inc.**<br>**PO Box 5533**<br>**Elgin, IL 60121** | **Debtors elect to reject terms of executory**<br>**maintenance contract** |
| **Great Lakes Elevator Service, Inc.**<br>**1480 Renaissance Drive**<br>**Suite 203**<br>**Park Ridge, IL 60068** | **elevator maintenance program - debtors elect to**<br>**reject terms of maintenance agreement** |
| **Health Progress, Inc.**<br>**c/o Debbie Sells**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** | **Debtors elect to reject terms of medical office**<br>**lease dated 10/1/2008;** |
| **Maserati Financial Services**<br>**PO Box 3600**<br>**Lancaster, PA 17604-3600** | **automobile lease - temrinated 5/24/2011** |
| **Mike Lee**<br>**c/o Coldwell Banker**<br>**Hinsdale, IL** | **residential lease - debtors elect to assume terms**<br>**of residential lease**<br>**9/1/2011 - 8/31/2012** |
| **Putnam Leasing Company I LLC**<br>**300 Main Street**<br>**Attn:  Steven A. Posner**<br>**Stamford, CT 06901** | **automobile lease - terminated 7/2011**<br>**debtor elects to reject terms of automobile lease** |
| **Randall/Stoneleat Condo Assn**<br>**c/o Dr. Richard Chroust**<br>**1217 Oak Street**<br>**North Aurora, IL 60542** | **debtors elect to reject condominium association**<br>**executory contract** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Cameron Safarloo,**                                       Case No. _____
        **Perniya Masood**
_____,
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Best Buy**<br>**c/o CT Corporation**<br>**208 S LaSalle St, Suite 814**<br>**Chicago, IL 60604** | **Cheryl Seifert**<br>**c/o Erwin Cohn**<br>**Cohn & Cohn**<br>**77 West Washington Street, Suite 14**<br>**Chicago, IL 60602** |
| **Brian Buoy**<br>**36W 708 STONELEAT ROAD**<br>**Saint Charles, IL 60174** | **First Federal Savings Bank**<br>**633 LaSalle St.**<br>**Ottawa, IL 61350-2931** |
| **Brian Buoy**<br>**36W 708 STONELEAT ROAD**<br>**Saint Charles, IL 60174**<br>   **personal guarantor on mortgage** | **StoneLeat Properties, Inc.**<br>**c/o Brian Buoy**<br>**36W 708 STONELEAT ROAD**<br>**Saint Charles, IL 60174** |
| **Briarwood Mecial**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Dependon Collection Services**<br>**120 West 22nd Street**<br>**Suite 360**<br>**Oak Brook, IL 60523** |
| **Briarwood Medical Center**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **FFCC**<br>**PO Box 20790**<br>**Columbus, OH 43220** |
| **Briarwood Medical Center Ltd**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Bankers Healthcare Group, Inc.**<br>**325 James Street**<br>**Syracuse, NY 13203** |
| **Briarwood Medical Center Ltd**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Bank of America**<br>**IL4-135-10-25**<br>**Business Banking Loan Center**<br>**135 S LaSalle Street**<br>**Chicago, IL 60603** |
| **Briarwood Medical Center Ltd**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **St. Charles Bank & Trust Co.**<br>**411 W. Main Street**<br>**Saint Charles, IL 60174** |
| **Briarwood Medical Center Ltd**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Putnam Leasing Company I LLC**<br>**300 Main Street**<br>**Attn:  Steven A. Posner**<br>**Stamford, CT 06901** |

**9**
_____ continuation sheets attached to Schedule of Codebtors

In re  **Cameron Safarloo,**                                          Case No. _____

      **Perniya Masood**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Briarwood Medical Center Ltd**<br>**dba Briarwood Pediatrics**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Thornwood Office Center Condo Assn**<br>**c/o Paul A Krieg**<br>**Paul A Krieg, Ltd.**<br>**226 W Judd Street**<br>**Woodstock, IL 60098-3158** |
| **Briarwood Medical Center Ltd**<br>**472 Briargate**<br>**South Elgin, IL 60177** | **Stericycle, Inc.**<br>**c/o CT Corporation**<br>**208 S LaSalle Street**<br>**Suite 814**<br>**220.68, IL 60604** |
| **Briarwood Medical Center Ltd**<br>**472 Briargate**<br>**South Elgin, IL 60177** | **LapCorp**<br>**PO Box 12140**<br>**Burlington, NC 27216-2140** |
| **Briarwood Medical Center Ltd**<br>**472 Briargate**<br>**South Elgin, IL 60177** | **PMMC**<br>**400 East Joppa Road**<br>**Suite 300**<br>**Towson, MD 21286-5452** |
| **Briarwood Medical Center Ltd**<br>**472 Briargate**<br>**South Elgin, IL 60177** | **Wyeth Pharmaceuticals**<br>**Wyeth Collection Division**<br>**Dept. CH 14083**<br>**Palatine, IL 60055-4083** |
| **Briarwood Medical Center Ltd**<br>**472 Briargate**<br>**South Elgin, IL 60177** | **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** |
| **Briarwood Medical Center Ltd**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **FFCC**<br>**PO Box 20790**<br>**Columbus, OH 43220** |
| **Briarwood Pediatrics**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **Village of South Elgin**<br>**Utility Bill**<br>**10 N Water Street**<br>**South Elgin, IL 60177-1602** |
| **Briarwood Pediatrics**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **ComEd**<br>**C/O:  System Credit Department**<br>**2100 West Drive**<br>**Oak Brook, IL 60523** |
| **Briarwood Pediatrics**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **ADT Security Services, Inc.**<br>**14200 East Exposition Avenue**<br>**Aurora, CO 80012-2540** |
| **Campton Medical Center**<br>**1205 Oak Street**<br>**North Aurora, IL 60542-2006** | **Hinckley Springs**<br>**6750 Discovery Blvd**<br>**Mableton, GA 30126** |

Sheet __1__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re   **Cameron Safarloo,**                                    Case No. _____

      **Perniya Masood**

_____ ,

Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Campton Medical Center**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **Fox Valley Fire & Safety**<br>**2730 Pinnacle Drive**<br>**Elgin, IL 60124** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **Santanna Energy Services**<br>**120 E Ogden Ave**<br>**Suite 236**<br>**Hinsdale, IL 60521** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **Wasco Sanitary District**<br>**PO Box 9**<br>**Wasco, IL 60183** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **Wasco Sanitary District**<br>**PO Box 9**<br>**Wasco, IL 60183** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **Nicor**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **Nicor**<br>**P.O. Box 2020**<br>**Aurora, IL 60507-2020** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Unit J-1**<br>**Saint Charles, IL 60175** | **ComEd**<br>**C/O:  System Credit Department**<br>**2100 West Drive**<br>**Oak Brook, IL 60523** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Suite K-1**<br>**Saint Charles, IL 60175** | **ComEd**<br>**C/O:  System Credit Department**<br>**2100 West Drive**<br>**Oak Brook, IL 60523** |
| **Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **ADT Security Services**<br>**14200 E. Exposition Avenue**<br>**Aurora, CO 80012-2540** |
| **CP Properties Group LLC** | **Bank of America**<br>**IL4-135-10-25**<br>**Business Banking Loan Center**<br>**135 S LaSalle Street**<br>**Chicago, IL 60603** |
| **CP Properties Group LLC** | **St. Charles Bank & Trust Co.**<br>**411 W. Main Street**<br>**Saint Charles, IL 60174** |

Sheet   **2**   of   **9**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re    **Cameron Safarloo,**                                    Case No. _____

**Perniya Masood**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CP Properties Group LLC**<br>**c/o Rhomas P Scherschel**<br>**3815 E Main Street**<br>**Suite A-1**<br>**Saint Charles, IL 60174** | **Cheryl Seifert**<br>**c/o Erwin Cohn**<br>**Cohn & Cohn**<br>**77 West Washington Street, Suite 14**<br>**Chicago, IL 60602** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Cathy Garcia**<br>**60 Charity Lane**<br>**Bristol, IL 60512** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Quest Diagnostics**<br>**PO Box 12989**<br>**Chicago, IL 60693** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Medical Arts Press**<br>**8500 Wyoming Avenue North**<br>**Minneapolis, MN 55445-1825** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **PSS World Medical Inc.**<br>**300-2 Airport Road**<br>**Elgin, IL 60123-1600** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Proshred Security**<br>**14029 S Cicero Ave**<br>**Crestwood, IL 60445** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Perfect Serve, Inc.**<br>**1225 E Weisgarber Road**<br>**Suite 300**<br>**Knoxville, TN 37909-2641** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Fox Valley Webworks Inc.**<br>**847 S Randall Road**<br>**Suite 344**<br>**Elgin, IL 60123** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Neurometrix, Inc.**<br>**62 4th Ave**<br>**Waltham, MA 02451** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Health Progress, Inc.**<br>**c/o Debbie Sells**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Cutting Edge Document Destruction L**<br>**3301 W 47th Place**<br>**Chicago, IL 60632** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Great Lakes Elevator Service, Inc.**<br>**1480 Renaissance Drive**<br>**Suite 203**<br>**Park Ridge, IL 60068** |

Sheet   **3**   of   **9**   continuation sheets attached to the Schedule of Codebtors

In re   **Cameron Safarloo,**                                           Case No. _____

      **Perniya Masood**

_____ ,

                            Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Frontier**<br>**PO Box 2951**<br>**Phoenix, AZ 85062-2051** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **ComEd**<br>**C/O:  System Credit Department**<br>**2100 West Drive**<br>**Oak Brook, IL 60523** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**Unit A**<br>**North Aurora, IL 60542** | **ComEd**<br>**C/O:  System Credit Department**<br>**2100 West Drive**<br>**Oak Brook, IL 60523** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **CBeyond**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542-2006** | **Besse Medical**<br>**AmerisourceBergen Specialty Group**<br>**345 International Blvd. Suite 400**<br>**Brooks, KY 40109** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Besse Medical**<br>**AmerisourceBergen Specialty Group**<br>**345 International Blvd. Suite 400**<br>**Brooks, KY 40109** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Besse Medical**<br>**AmerisourceBergen Specialty Group**<br>**345 International Blvd. Suite 400**<br>**Brooks, KY 40109** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Besse Medical**<br>**AmerisourceBergen Specialty Group**<br>**345 International Blvd. Suite 400**<br>**Brooks, KY 40109** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **William J. Monaco, M.D.**<br>**149 Elizabeth Court**<br>**Wood Dale, IL 60191** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Celina G. Miller, M.D.**<br>**10802 Greywall Lane**<br>**Huntley, IL 60142** |
| **Healthguard Medical Network**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Heather A. Decker, M.D.**<br>**38W620 Callighan Place**<br>**Geneva, IL 60134** |

Sheet __**4**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

In re    **Cameron Safarloo,**                                    Case No. _____

       **Perniya Masood**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Provena Hospitals**<br>**dba Provena Mercy Medical Center**<br>**c/o M Meghan Kieffer**<br>**19065 Hickory Creek Drive**<br>**Mokena, IL 60448** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Fifth Third Bank**<br>**222 S Riverside Plaza**<br>**Commercial Loan Dept.**<br>**Chicago, IL 60606** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Campton Wasco, LLC**<br>**c/o Thomas J. Hoffman**<br>**870 Ryan Court**<br>**Batavia, IL 60510** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Fifth Third Bank**<br>**Mz-Bankrupcty East-Rscbte**<br>**1830 East Paris Ave. Se**<br>**Grand Rapids, MI 49546** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Kishwaukee Community Hospital**<br>**c/o Debbie Sells, Registered Agent**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Delnor-Community Hospital**<br>**c/o Thomas L Wright, Registered Age**<br>**300 Randall Road**<br>**Geneva, IL 60134** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Bankers Healthcare Group, Inc.**<br>**325 James Street**<br>**Syracuse, NY 13203** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Bank of America**<br>**IL4-135-10-25**<br>**Business Banking Loan Center**<br>**135 S LaSalle Street**<br>**Chicago, IL 60603** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **St. Charles Bank & Trust Co.**<br>**411 W. Main Street**<br>**Saint Charles, IL 60174** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Thornwood Office Center Condo Assn**<br>**c/o Paul A Krieg**<br>**Paul A Krieg, Ltd.**<br>**226 W Judd Street**<br>**Woodstock, IL 60098-3158** |

Sheet __**5**__ of __**9**__ continuation sheets attached to the Schedule of Codebtors

In re  **Cameron Safarloo,**                                              Case No. _____

  **Perniya Masood**
_____ ,
                                                         Debtors

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Delnor-Community Hospital**<br>**c/o Thomas L Wright, Registered Age**<br>**300 Randall Road**<br>**Geneva, IL 60134** |
| **Healthguard Medical Network SC**<br>**870 Reserve Court**<br>**South Elgin, IL 60177** | **Kishwaukee Community Hospital**<br>**c/o Debbie Sells, Registered Agent**<br>**One Kish Hospital Drive**<br>**DeKalb, IL 60115** |
| **Healthguard Medical Network SC**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Sanofi Pateur, Inc**<br>**Discovery Drive**<br>**Attn:  Customer Account Mgmt**<br>**Swiftwater, PA 18370** |
| **Healthguard Medical Network SC**<br>**6 N 601 Kim Lane**<br>**Saint Charles, IL 60175-6701** | **SmithAmundsen**<br>**150 N. Michigan Ave**<br>**Suite 3300**<br>**Chicago, IL 60601** |
| **Healthguard Medical Network SC**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **PMMC**<br>**400 East Joppa Road**<br>**Suite 300**<br>**Towson, MD 21286-5452** |
| **Healthguard Medical Network SC**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **Ingenix**<br>**PO Box 27116**<br>**Salt Lake City, UT 84127-0116** |
| **Healthguard Medical Network SC**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **Henry Schein**<br>**135 Duryea Road**<br>**Melville, NY 11747-3824** |
| **Healthguard Medical Network SC**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **Kane County Treasurer**<br>**719 S Batavia Ave**<br>**Bldg A**<br>**Geneva, IL 60134** |
| **Healthguard Medical Network SC**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **The Hartford**<br>**Attn:  Collections Dept**<br>**PO Box 2907**<br>**Hartford, CT 06104-2907** |
| **Healthguard Medical Network SC**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **FFCC**<br>**PO Box 20790**<br>**Columbus, OH 43220** |
| **Healthguard Medical Network SC**<br>**472 Briargate Drive**<br>**South Elgin, IL 60177-2225** | **CBeyond**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** |

Sheet  **6**  of  **9**   continuation sheets attached to the Schedule of Codebtors

In re    **Cameron Safarloo,**               Case No. _____

       **Perniya Masood**

_____,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Healthguard Medical Network SC**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Besse Medical**<br>**AmerisourceBergen Specialty Group**<br>**345 International Blvd. Suite 400**<br>**Brooks, KY 40109** |
| **Healthguard Medical Network SC**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Besse Medical**<br>**AmerisourceBergen Specialty Group**<br>**345 International Blvd. Suite 400**<br>**Brooks, KY 40109** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Maserati Financial Services**<br>**PO Box 3600**<br>**Lancaster, PA 17604-3600** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **RothMelei**<br>**Attorneys at Law**<br>**454 W Virginia Street**<br>**Crystal Lake, IL 60014** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Stericycle, Inc.**<br>**c/o CT Corporation**<br>**208 S LaSalle Street**<br>**Suite 814**<br>**220.68, IL 60604** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL 60123-1488** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Quest Diagnostics**<br>**PO Box 12989**<br>**Chicago, IL 60693** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **ProtoMed Medical Management Corp**<br>**400 E Joppa Road**<br>**3rd Floor**<br>**Towson, MD 21286** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Medical Arts Press**<br>**8500 Wyoming Avenue North**<br>**Minneapolis, MN 55445-1825** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Netcomm Business Solutions**<br>**1217 S Bridge Street**<br>**Yorkville, IL 60560** |

Sheet __7__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re    **Cameron Safarloo,**                       Case No. _____

         **Perniya Masood**

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **ImagePro Services & Supplies, Inc.**<br>**24 N. Batavia Ave**<br>**Batavia, IL 60510** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Murray Properties, Inc.**<br>**700 E Main Street**<br>**Suite E**<br>**Saint Charles, IL 60174** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Murray Properties, Inc.**<br>**700 E Main Street**<br>**Suite E**<br>**Saint Charles, IL 60174** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **Kishwaukee Medical Pavilion LLC**<br>**c/o Bruce A Salk**<br>**Registered Agent**<br>**630 Dundee Road, Suite 120**<br>**Northbrook, IL 60062** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Apt. K**<br>**Saint Charles, IL 60175** | **HealthLab**<br>**Department 4065**<br>**Carol Stream, IL 60122** |
| **Healthguard Medical Network, S.C.**<br>**dba Campton Pediatrics**<br>**40W222 LaFox Road**<br>**Suite K**<br>**Saint Charles, IL 60175** | **GlaxoSmithKline**<br>**Financial Revenue Cyucle FP1555**<br>**One Franklin Plaza**<br>**PO Box 7929**<br>**Philadelphia, PA 19101-7929** |
| **Healthguard Medical Network, S.C.**<br>**40W222 LaFox Road**<br>**Saint Charles, IL 60175** | **CBeyond**<br>**13474 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Healthguard Medical Network, S.C.**<br>**6 N 601 Kim Lane**<br>**Saint Charles, IL 60175** | **American Express**<br>**American Express Special Research**<br>**Po Box 981535**<br>**El Paso, TX 79998-1535** |

Sheet __8__ of __9__ continuation sheets attached to the Schedule of Codebtors

In re    **Cameron Safarloo,**                                          Case No. _____

       **Perniya Masood**

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Healthguard Ped & Adult Medicine**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **Thompson Elevator Inspection Servic**<br>**1302 E Thayer Street**<br>**Mount Prospect, IL 60056** |
| **Healthguard Pediatric**<br>**1205 Oak Street**<br>**North Aurora, IL 60542** | **ADT Security Services**<br>**14200 E. Exposition Avenue**<br>**Aurora, CO 80012-2540** |
| **Inland Property Management**<br>**c/o CT Corporation**<br>**208 S LaSalle, Suite 814**<br>**Chicago, IL 60604** | **Cheryl Seifert**<br>**c/o Erwin Cohn**<br>**Cohn & Cohn**<br>**77 West Washington Street, Suite 14**<br>**Chicago, IL 60602** |
| **StoneLeat Properties, Inc.**<br>**c/o Brian Buoy**<br>**36W 708 STONELEAT ROAD**<br>**Saint Charles, IL 60174** | **First Federal Savings Bank**<br>**633 LaSalle St.**<br>**Ottawa, IL 61350-2931** |

Sheet  **9**  of  **9**  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re **Cameron Safarloo**
**Perniya Masood**                                      Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** / **Daughter** | AGE(S): **13** / **15** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **unemployed** | **unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **unemployment compensation** | $ 1,680.04 | $ 2,299.23 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,680.04 | $ 2,299.23 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,680.04 | $ 2,299.23 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,979.27 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Both debtors are starting new jobs on November 1st, 2011**
**Debtor $130,000 gross annual salary**
**Joint Debtor $160,000 gross annual salary**

B6J (Official Form 6J) (12/07)

In re   **Cameron Safarloo**
        **Perniya Masood**                                              Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,000.00 |
| a. Are real estate taxes included?               Yes ___       No  **X** ___ | | |
| b. Is property insurance included?               Yes ___       No  **X** ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 55.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 866.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 65.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 640.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 230.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 250.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 580.00 |
| b. Other  **auto payment - second vehicle** | $ | 682.73 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **education expenses** | $ | 100.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,468.73 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtor will be moving to California to accept a new employment position and will incur living expenses in California and travel expenses between Illinois and California; estimated expenses will exceed $3300.00**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,979.27 |
| b.   Average monthly expenses from Line 18 above | $ | 8,468.73 |
| c.   Monthly net income (a. minus b.) | $ | -4,489.46 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cameron Safarloo**
         **Perniya Masood**

                                          Debtor(s)

Case No. _____

Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**64**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 21, 2011**          Signature   **/s/ Cameron Safarloo**
                                                   **Cameron Safarloo**
                                                   Debtor

Date   **October 21, 2011**          Signature   **/s/ Perniya Masood**
                                                   **Perniya Masood**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cameron Safarloo**
**Perniya Masood**
                                           Case No.

                                                Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $52,166.66 | 2011 - wife - Healthguard Medical Network SC - ytd |
| $29,116.57 | 2011 - husband - ytd |
| $236,515.00 | 2010 - joint wages |
| $11,250.00 | 2009 - wife - gross income as Physician |
| $172,473.00 | 2009 - joint - wages |

2

## 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,280.00** | **2010 - taxable interest - joint** |
| **$4,862.00** | **2010 - joint - taxable refunds** |
| **$823.00** | **2009 - joint - taxable interest** |
| **$11,250.00** | **2009 - joint - taxable refunds** |

## 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Stoneleat Properties, Inc. an Illinois Corporation v. Cameron Safarloo and Perniya Masood 11 L 422** | **breach of contract** | **Circuit Court of the Sixteenth Judicial Circuit Kane County, Illinois Geneva, Illinois** | **pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Campton Wasco v. Healthguard Medical Network et al** **2011 L 000531** | forcible detainer | **Circuit Court of the Sixteenth Judicial Circuit** **Kane County, Illinois** **Geneva, Illinois** | judgment for possession entered |
| **Bank of America N.A. v. CP Properties Group et al** **2010 CH 004447** | **foreclosure** | **Circuit Court of the Sixteenth Judicial Circuit** **Kane County, Illinois** **Geneva, Illinois** | pending |
| **First Federal Savings Bank v. Stoneleat Properties Inc. et al** **2011 CH 003636** | **foreclosure** | **Circuit Court of the Sixteenth Judicial Circuit** **Kane County, Illinois** **Geneva, Illinois** | pending |
| **Thornwood Office Center Condo Assoc v. Healthguard Medical Network et al** **2011 LM 000245** | **forcible** | **Circuit Court of the Sixteenth Judicial Circuit** **Kane County, Illinois** **Geneva, Illinois** | judgment for possession and money judgment entered |
| **Kishwaukee Community Hospital v. Healthguard Medical Network et al** **2011 L 7** | contract money damages | **Ciruct Court of the Sixteenth Judcial Circuit** **Dekalb County, Illinois** | pending |
| **St. Charles Bank & Trust Company v. CP Properties Group, LLC et al** **10 CH 2436** | **foreclosure** | **Circuit Court of the Twenty-Second Judicial Circuit** **McHenry County, Illinois** | pending |
| **Bankers Healthcare Group, Inc. v. Healthguard Medical Network, S.C. dba Campton Medical Center, et al** **2011-5204** | breach of financing agreement; breach of personal guaranty | **Supreme Court of the State of New York** **County of Onondaga, New York** **Syracuse, New York** | pending |

None
☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America** **IL4-135-10-25** **Business Banking Loan Center** **135 S LaSalle Street** **Chicago, IL 60603** | | **1) improved commercial real property owned by CP Properties Group LLC** **Location: 472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois and** **1203, 1205 and 1207 Oak Street, North Aurora, Illinois** **$0.00** |

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Donald Shapiro Oak Street/Briargate Receivership c/o Foresite Realty Management 6400 Shafer Court, Suite 475 Des Plaines, IL 60018** | **Bank of America, N.A. v. CP Properties Group LLC et al**<br><br>**10-CH 4447**<br><br>**Circuit Court for the 16th Judicial Circuit, Kane County, Geneva, Illinois** | **6/2/2011** | **1205 Oak Street, Units F,G, H, North Aurora, Il**<br><br>**470472 Briargate Drive, Unit 107, South Elgin, Illinois**<br><br>**together will all improvements and furnishings, equipment, etc** |

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lorraine M. Greenberg 150 North Michigan Avenue Suite 800 Chicago, IL 60601** | **10/2011** | **$299 for court costs;  $3,000 for attorneys fees** |
| **Abacus Credit Counseling** | **10/2011** | **$25 for prefiling credit counseling** |

### 10. Other transfers

None
■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **St. Charles Bank & Trust Co.**<br>**411 W Main Street**<br>**Saint Charles, IL 60174** | **Certificate of Deposit account**<br>**6013800744** | **$0**<br><br>**10/4/2010** |

### 12. Safe deposit boxes

None
■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

6

### 15.  Prior address of debtor

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **6N601 Kim Lane**<br>**St. Charles, Il  60175** | **Cameron Safarloo**<br>**Perniya Masood** | **8/2009 - 8/2011** |
| **870 Reserve Court**<br>**South Elgin, Illinois** | **Cameron Safarloo**<br>**Perniya Masood** | **8/2003 - 8/2009** |

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **CP Properties Group, LLC** | 41-2275725 | **40 W 222 LaFox Road Unit K Saint Charles, IL 60175** | **purchase real estate and manage real estate** | 1/12-2006 - 2010 |
| **Briarwood Medical Center, Ltd.** | 87-0728196 | **472 Briargate Drive South Elgin, IL 60177** | **Medical Practice** | 6/2004 - 7/2011 |
| **Healthguard Medical Network, S.C.** | 32-0027376 | **40 W 222 LaFox Road Saint Charles, IL 60175** | **Medical Practice** | 8/2002 - 9/2011 |
| **Stat Scripts, LLC** | 26-2445135 | **1494 Merchant Drive Algonquin, IL 60102** | **pharmacy** | 4/2008 - 10/2010 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**TV Nathan and Assoc Inc.**                           **2006 - present**
**4105 Blake Lane**
**Glenview, IL 60026**

**Norman Cardoza**                                      **2010 - 2011**
**1494 Green River Court**
**Schaumburg, IL 60102**

**Heather Schoolfield**                                 **billing manager**

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Betty Aguilara** | **practice manager** |
| **Cindy Struck** | **billing manager** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **US Dept of Labor** | **Chicago Illinois District Office**<br>**230 S Dearborn**<br>**Room 412**<br>**Chicago, IL 60604-1595** | **audited employee payroll records**<br>**12/2010** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Cameron Safarloo** | **7 York Lake Court**<br>**Oak Brook, IL 60523** |
| **TV Nathan & Assoc** | **4105 Blake Lane**<br>**Glenview, IL 60026** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Bank of America**<br>**IL4-135-10-25**<br>**Business Banking Loan Center**<br>**135 S LaSalle Street**<br>**Chicago, IL 60603** | **10/2010** |
| **Campton Wasco, LLC**<br>**c/o Thomas J. Hoffman**<br>**870 Ryan Court**<br>**Batavia, IL 60510** | **various**<br>**3/2011 - 7/2011** |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

    

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

10

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 21, 2011**                    Signature   **/s/ Cameron Safarloo**
                                                           **Cameron Safarloo**
                                                           Debtor


Date  **October 21, 2011**                    Signature   **/s/ Perniya Masood**
                                                           **Perniya Masood**
                                                           Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cameron Safarloo**
       **Perniya Masood**                        Case No. _____

                                Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Ally Financial** | **2008 BMW** |

Property will be (check one):
    ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt             ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Bank of America** | **1)  improved commercial real property owned by CP Properties Group LLC**<br>**Location:  472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois (value $550,000) and**<br>**1203, 1205 and 1207 Oak Street, North Aurora, Illinois (value $850,000)** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**4) improved commercial real property owned by CP**<br>**Properties, Inc.**<br>**Location: 1203, 1205 and 1207 Oak Street, North Aurora,**<br>**Illinois (mortgaged to Bank of America with other property,**<br>**located at 472 Briargate Drive, S. Elgin, Il)** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                            ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Bankers Healthcare Group, Inc.** | **Describe Property Securing Debt:**<br>**medical office equipment and supplies**<br>**located at medical offices of businesses owned by joint**<br>**debtor** |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                            ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Citizens Bank** | **Describe Property Securing Debt:**<br>**2006 Land Rover** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Fifth Third Bank** | **Describe Property Securing Debt:**<br>medical office equipment and supplies<br>located at medical offices of businesses owned by joint<br>debtor |

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Kane County Treasurer** | **Describe Property Securing Debt:**<br>3)  improved residential real property;  debtors are<br>purchasers on Articles of Agreement for Deed dated<br>8/14/2009;<br>Location: 6N601 Kim Lane, St. Charles, Illinois  60175 |

Property will be (check one):
    ■ Surrendered            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt            ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 4

| Property No. 8 | |
| --- | --- |
| **Creditor's Name:**<br>**Kane County Treasurer** | **Describe Property Securing Debt:**<br>**4)  improved commercial real property owned by CP Properties, Inc.**<br>**Location:  1203, 1205 and 1207 Oak Street, North Aurora, Illinois  (mortgaged to Bank of America with other property, located at 472 Briargate Drive, S. Elgin, Il)** |

Property will be (check one):
   ■ Surrendered           □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt         ■ Not claimed as exempt

| Property No. 9 | |
| --- | --- |
| **Creditor's Name:**<br>**Kane County Treasurer** | **Describe Property Securing Debt:**<br>**1)  improved commercial real property owned by CP Properties Group LLC**<br>**Location:  472 Briargate Drive, Suite 107 and 108, South Elgin, Illinois (value $550,000) and**<br>**1203, 1205 and 1207 Oak Street, North Aurora, Illinois (value $850,000)** |

Property will be (check one):
   ■ Surrendered           □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt         ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 5

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Kane County Treasurer** | **Describe Property Securing Debt:**<br>**1) improved commercial real property owned by CP**<br>**Properties Group LLC**<br>**Location: 472 Briargate Drive, Suite 107 and 108, South**<br>**Elgin, Illinois (value $550,000) and**<br>**1203, 1205 and 1207 Oak Street, North Aurora, Illinois (value**<br>**$850,000)** |

Property will be (check one):
    ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Kishwaukee Community Hospital** | **Describe Property Securing Debt:**<br>**medical equipment, office equipment, supplies - DeKalb**<br>**office only** |

Property will be (check one):
    ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 6

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**St. Charles Bank & Trust Co.** | **Describe Property Securing Debt:**<br>**2)  improved commercial real property owned by CP Properties Group LLC**<br>**Location:  1494 Merchant Drive, Algonquin, Illinois** |

Property will be (check one):
■ Surrendered                                     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                               ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**StoneLeat Properties, Inc.** | **Describe Property Securing Debt:**<br>**3)  improved residential real property;  debtors are purchasers on Articles of Agreement for Deed dated 8/14/2009;**<br>**Location: 6N601 Kim Lane, St. Charles, Illinois  60175** |

Property will be (check one):
■ Surrendered                                     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                               ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                        Page 7

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Thornwood Office Center Condo Assn** | **Describe Property Securing Debt:**<br>**1)  improved commercial real property owned by CP**<br>**Properties Group LLC**<br>**Location:  472 Briargate Drive, Suite 107 and 108, South**<br>**Elgin, Illinois (value $550,000)** |

Property will be (check one):

■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**ADT Security Services** | **Describe Leased Property:**<br>**Debtors elect to reject all executory contracts for security monitoring** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES    ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Campton Wasco, LLC** | **Describe Leased Property:**<br>**debtors elect to reject terms of commercial real estate lease - Location:  Campton Centre, Lot 3, 40W222 LaFax Road, St. Charles, Il 60175** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES    ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Fox Valley Lawn Care, Inc.** | **Describe Leased Property:**<br>**Debtors elect to reject terms of executory maintenance contract** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES    ■ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**Great Lakes Elevator Service, Inc.** | **Describe Leased Property:**<br>**elevator maintenance program - debtors elect to reject terms of maintenance agreement** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES    ■ NO |

| Property No. 5 |
|---|

B8 (Form 8) (12/08)                                                                                          Page 8

| Lessor's Name:<br>**Health Progress, Inc.** | Describe Leased Property:<br>**Debtors elect to reject terms of medical office lease dated 10/1/2008;** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |
| --- | --- | --- |

Property No. 6

| Lessor's Name:<br>**Maserati Financial Services** | Describe Leased Property:<br>**automobile lease - temrinated 5/24/2011** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |
| --- | --- | --- |

Property No. 7

| Lessor's Name:<br>**Putnam Leasing Company I LLC** | Describe Leased Property:<br>**automobile lease - terminated 7/2011 debtor elects to reject terms of automobile lease** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |
| --- | --- | --- |

Property No. 8

| Lessor's Name:<br>**Randall/Stoneleat Condo Assn** | Describe Leased Property:<br>**debtors elect to reject condominium association executory contract** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ■ NO |
| --- | --- | --- |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October 21, 2011**                    Signature  **/s/ Cameron Safarloo**
                                                          **Cameron Safarloo**
                                                          Debtor

Date  **October 21, 2011**                    Signature  **/s/ Perniya Masood**
                                                          **Perniya Masood**
                                                          Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Cameron Safarloo**
**Perniya Masood**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **preparing documents for filing bankruptcy petition and schedules; ordering tax transcripts, credit reports when necessary, background check, possibly verification of assets, and possibly verification of valuations of assets, review of income to determine CMI and DMI, reviewing documents with client, attending meeting of creditors, advising client regarding reaffirmation agreements, redemption, notifying creditors of bankruptcy filing; motions to avoid liens in personal property**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **representation in any adversary proceeding unless specifically contracted for and additional fees are paid; and unless otherwise provided for in the Court's Model Retention Agreement mandated to be used in Chapter 13 cases, the following professional legal services are not included unless specifically contracted for and additional fees are paid:  1) the preparation of and presentation of motion for redemption;  2) and the preparation of and presentation of motions to avoid judicial lien; 2)  and the preparation of and presentation of motions to avoid lien in personal property.**

In re    **Cameron Safarloo**
        **Perniya Masood**                      Case No. _____
                     Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>Dated:    **October 21, 2011**           **/s/ Lorraine M. Greenberg   ARDC No.:**<br>                                             **Lorraine M. Greenberg   ARDC No.: 3129023**<br>                                             **Lorraine M. Greenberg**<br>                                             **150 North Michigan Avenue**<br>                                             **Suite 800**<br>                                             **Chicago, IL 60601**<br>                                             **312-588-3330   Fax: 312-264-5620**<br>                                             **lgreenberg@greenberglaw.net** |

## AGREEMENT TO RETAIN COUNSEL – CHAPTER 7

The undersigned hereby retain(s) as my Attorneys, LORRAINE M. GREENBERG and such other attorneys as may be employed by them and I(we) hereby give permission to Lorraine M. Greenberg to hire other attorneys as co-counsel and to represent me in the following legal matter :

**CHAPTER 7,** Attorneys fees of $ 3,000.00 for attorneys fees **PLUS** $299.00 for court costs.

**PLUS** An additional $50 approximately for each credit counseling session (two are required) (I pay this directly to an Approved credit counseling agency. Ms. Greenberg will provide me with information regarding agency)

**PLUS** An additional $175.00 for each Trustee hearing that I fail to attend.

**PLUS** An additional fee billed at $275.00 per hour for the defense of an adversary proceeding ($2,500.00 minimum retainer)

**PLUS** An additional $ 100.00 fee + $26.00 court costs to add creditors after case is filed.

**PLUS** An additional $ 450.00 fees to prepare and present Motion to Avoid Lien or Motion to Reopen Case

**PLUS** An additional $600.00 minimum to prepare and present Motion for Redemption.

I understand that all money paid for work performed is **NON-REFUNDABLE**, and I agree that the failure to pay all attorneys fees and filing fees when due shall be cause for my attorneys to stop doing further work on my behalf. **In every case, the initial retainer of $500.00 is non-refundable.** It covers our fees and costs for opening a file on your behalf and inputting your information into our computer system.

I have been told that both a chapter 7 and Chapter 13 are proceedings under the U.S. Bankruptcy Code, and that they both affect my credit rating. My attorney has advised me that the decision to file either type of bankruptcy must be carefully considered, and that the decision is mine alone. My attorney has explained both Chapter 13 and Chapter 7 to me.

I understand that all of the fees and costs must be paid in full before my case will be fully prepared and filed with the Court, unless otherwise agreed to by Lorraine M. Greenberg. I understand that I will not have the Court's protection from my creditors until the fees and costs have been paid in full, unless otherwise agreed to in writing by Lorraine M. Greenberg and myself.

I have not been made any promises or guarantees other than that my attorneys will represent me in strict compliance with the law, and to the best of their ability and knowledge. I promise to tell my attorneys and the Court the full truth and to cooperate fully with my attorneys in this legal matter, and that if I do not, I agree that my attorney may discontinue representing me.

I understand that attorney services may be billed at the rate of $275.00 per hour and paralegal services up to $100.00 per hour.

By signing below, I(we) authorize my attorneys and their staff to file all necessary documents and schedules electronically with the Court and to fax or mail copies of pages from my Bankruptcy Petition and Schedules as well as the Notice of Bankruptcy Filing to my Employer, or any other entities my attorneys deem necessary. I(we) also authorize my attorneys to contact whomever is necessary to obtain documentation to support my testimony as to my assets , liabilities, and income, including my present or past employer and the Internal Revenue Service.

I understand that it is my responsibility alone to obtain a Certificate of Completion from a credit counseling agency approved by the U.S. Trustee and to have it faxed to my attorneys at (312)264-5620 or delivered in person and that my attorneys cannot file my case until a certificate is received. I have also been told that I must complete a second credit management training program after my case is filed in order to obtain a discharge of my debts.

By signing below, I acknowledge that I have been informed of any potential conflict of interest that my attorneys may have and that I waive any such conflict without further notice.

I agree to pay all reasonable attorneys fees and costs incurred by LORRAINE M. GREENBERG in the collection of any amounts due under this contract.

I have read this agreement and fully understand it and herewith acknowledge receipt of a copy. I acknowlege that this agreement is the only agreement relating to attorneys fees that I have signed.

_____        _____
Debtor                                                         Joint Debtor

Agreed To: _____
            Lorraine M Greenberg

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cameron Safarloo**
      **Perniya Masood**                              Case No.
                                  Debtor(s)                Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Cameron Safarloo**
**Perniya Masood**                       X   **/s/ Cameron Safarloo**            **October 21, 2011**
Printed Name(s) of Debtor(s)                 Signature of Debtor                Date

Case No. (if known)                          X   **/s/ Perniya Masood**              **October 21, 2011**
                                             Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cameron Safarloo**
      **Perniya Masood**

Case No. _____

_____
Debtor(s)

Chapter   **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **217**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 21, 2011**
_____

/s/ **Cameron Safarloo**
_____
**Cameron Safarloo**
Signature of Debtor

Date:  **October 21, 2011**
_____

/s/ **Perniya Masood**
_____
**Perniya Masood**
Signature of Debtor

.

ADT Security Services
14200 E. Exposition Avenue
Aurora, CO 80012-2540


ADT Security Services
14200 E. Exposition Avenue
Aurora, CO 80012-2540


ADT Security Services
14200 E. Exposition Avenue
Aurora, CO 80012-2540


ADT Security Services
14200 E. Exposition Avenue
Aurora, CO 80012-2540


ADT Security Services, Inc.
14200 East Exposition Avenue
Aurora, CO 80012-2540


Ally Financial
P O Box 380901
Bloomington, MN 55438


American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998


American Express
American Express Special Research
Po Box 981535
El Paso, TX 79998-1535

American Express
Po Box 981535
El Paso, TX 79998-1531

American Express
P.O. Box 297812
Fort Lauderdale, FL 33329-7812

American Express
P.o. Box 981535
El Paso, TX 79998-1535

American Express
P.o. Box 981535
El Paso, TX 79998-1535

American Express
P.O. Box 297879
Fort Lauderdale, FL 33329-7879

American Express Blue
PO Box 247018
Omaha, NE 68124-7018

Bank of America
IL4-135-10-25
Business Banking Loan Center
135 S LaSalle Street
Chicago, IL 60603

Bank Of America
P.O. Box 15027
Wilmington, DE 19850-5027

Bank Of America
Po Box 982235
El Paso, TX 79998-2235

Bank Of America
Po Box 982235
El Paso, TX 79998-2235

Bank Of America
Po Box 982235
El Paso, TX 79998-2235

Bank of America
IL4-135-10-25
Business Banking Loan Center
135 S LaSalle Street
Chicago, IL 60603

Bank of America NA
PO Box 45144
FL9-100-04-24 Building 100 4th Floo
Jacksonville, FL 32232-9923

Bankers Healthcare Group, Inc.
325 James Street
Syracuse, NY 13203

Bankers Healthcare Group, Inc.
325 James Street
Syracuse, NY 13203

Bankers Healthcare Group, Inc.
325 James Street
Syracuse, NY 13203

Bankers Healthcare Group, Inc.
4876 Volunteer Road
Suite 100
Southwest Ranches, FL 33330

Bankers Healthcare Group, Inc.
4875 Volunteer Road
Suite 100
Southwest Ranches, FL 33330

Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801-5014

Besse Medical
AmerisourceBergen Specialty Group
345 International Blvd. Suite 400
Brooks, KY 40109

Besse Medical
AmerisourceBergen Specialty Group
345 International Blvd. Suite 400
Brooks, KY 40109

Besse Medical
AmerisourceBergen Specialty Group
345 International Blvd. Suite 400
Brooks, KY 40109


Besse Medical
AmerisourceBergen Specialty Group
345 International Blvd. Suite 400
Brooks, KY 40109


Besse Medical
AmerisourceBergen Specialty Group
345 International Blvd. Suite 400
Brooks, KY 40109


Besse Medical
AmerisourceBergen Specialty Group
345 International Blvd. Suite 400
Brooks, KY 40109


Best Buy
c/o CT Corporation
208 S LaSalle St, Suite 814
Chicago, IL 60604


Brian Buoy
36W 708 STONELEAT ROAD
Saint Charles, IL 60174


Brian Buoy
2000 W Main Street # H
Saint Charles, IL 60174-1773


Brian Buoy
36W 708 STONELEAT ROAD
Saint Charles, IL 60174


Brian Buoy
36W 708 STONELEAT ROAD
Saint Charles, IL 60174


Briarwood Office Center II Condo As
c/o Robert Bergland,
Registered Agent
780 Tek Drive
Crystal Lake, IL 60014

Campton Wasco, LLC
c/o Thomas J. Hoffman
870 Ryan Court
Batavia, IL 60510


Campton Wasco, LLC
c/o Thomas J. Hoffman
870 Ryan Court
Batavia, IL 60510


Cardmember Service (United Mileage+
P.O. Box 15153
Wilmington, DE 19886-5153


Cathy Garcia
60 Charity Lane
Bristol, IL 60512


CBeyond
13474 Collections Center Drive
Chicago, IL 60693


CBeyond
13474 Collections Center Drive
Chicago, IL 60693


CBeyond
13474 Collections Center Drive
Chicago, IL 60693


Celina G. Miller, M.D.
10802 Greywall Lane
Huntley, IL 60142


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase Business Card
PO Box 15298
Wilmington, DE 19850-5298


Chela/Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773


Chela/Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773


Chela/Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Chela/Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Cheryl Seifert
c/o Erwin Cohn
Cohn & Cohn
77 West Washington Street, Suite 14
Chicago, IL 60602

Christopher J. Cali, Esq.
325 James Street
Syracuse, NY 13203


Citi AAdvantage Mastercard
PO Box 142289
Irving, TX 75014-2289


Citi Advantage
P.O. Box 6000
The Lakes, NV 89163-6000


Citi Gold AAdvantage
Customer Service
Box 6500
Sioux Falls, SD 57117


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Citibank Sd, Na
Po Box 6500
Sioux Falls, SD 57117


Citibank Sd, Na
Po Box 6241
Sioux Falls, SD 57117


Citizens Bank
Attn: Bankruptcy Department
480 Jefferson Blvd Ms: Rje-135
Warwick, RI 02886


Citizens Bank
480 Jefferson Blvd
Warwick, RI 02886

ComEd
C/O:  System Credit Department
2100 West Drive
Oak Brook, IL 60523


ComEd
C/O:  System Credit Department
2100 West Drive
Oak Brook, IL 60523


ComEd
C/O:  System Credit Department
2100 West Drive
Oak Brook, IL 60523


ComEd
C/O:  System Credit Department
2100 West Drive
Oak Brook, IL 60523


ComEd
C/O:  System Credit Department
2100 West Drive
Oak Brook, IL 60523


Commerce Bank
PO Box 410857
Kansas City, MO 64147-0857


Commerce Bank Card Center
3930 S. 147th Street
Suite 200
Omaha, NE 68144-5566


Commerce Bk
P.o. Box 411036
Kansas City, MO 64141


Cutting Edge Document Destruction L
3301 W 47th Place
Chicago, IL 60632


Delnor-Community Hospital
c/o Thomas L Wright, Registered Age
300 Randall Road
Geneva, IL 60134

Delnor-Community Hospital
c/o Thomas L Wright, Registered Age
300 Randall Road
Geneva, IL 60134


Dependon Collection Services
120 West 22nd Street
Suite 360
Oak Brook, IL 60523


Discover
PO Box 30943
Salt Lake City, UT 84130


Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Discover Fin
Po Box 15316
Wilmington, DE 19850


Dr. Louis Casado
14864 Enclave Lakes Drive
Delray Beach, FL 33484


FFCC
PO Box 20790
Columbus, OH 43220


FFCC
PO Box 20790
Columbus, OH 43220


Fifth Third Bank
222 S Riverside Plaza
Commercial Loan Dept.
Chicago, IL 60606


Fifth Third Bank
Mz-Bankrupcty East-Rscbte
1830 East Paris Ave. Se
Grand Rapids, MI 49546

Fifth Third Bank
222 S Riverside Plaza
Commercial Loan Dept.
Chicago, IL 60606


Fifth Third Bank
222 S Riverside Plaza
Commercial Loan Dept.
Chicago, IL 60606


Fifth Third Bank
222 S Riverside Plaza
Commercial Loan Dept.
Chicago, IL 60606


Fifth Third Bank
222 S Riverside Plaza
Commercial Loan Dept.
Chicago, IL 60606


Fifth Third Bank
MD1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Fifth Third Bank
Madisonville Operations Center
MD1MOB10
Cincinnati, OH 45227


Fifth Third Bank
MD1MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Fifth Third Bank
346 W Carol Lane
MDGOPS11
Elmhurst, IL 60126


Fifth Third Bank
PO Box 63900  CC3110
Cincinnati, OH 45263-0900

First Federal Savings Bank
633 LaSalle St.
Ottawa, IL 61350-2931


Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124


Fox Valley Lawn Care, Inc.
PO Box 5533
Elgin, IL 60121


Fox Valley Lawn Care, Inc.
PO Box 5533
Elgin, IL 60121


Fox Valley Webworks Inc.
847 S Randall Road
Suite 344
Elgin, IL 60123


Frontier
PO Box 2951
Phoenix, AZ 85062-2051


GC Services
POB 1389
Copperas Cove, TX 76522-5389


GC Services
6330 Gulfton
Houston, TX 77081


GE Money Bank
Attn: Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076


Gecrb/ge Money Bk Affi
4125 Winward Plaza
Alpharetta, GA 30005


Gecrb/tjx Cos Dc
Po Box 1400
El Paso, TX 79948

GlaxoSmithKline
Financial Revenue Cyucle FP1555
One Franklin Plaza
PO Box 7929
Philadelphia, PA 19101-7929


Great Lakes Elevator Service, Inc.
1480 Renaissance Drive
Suite 203
Park Ridge, IL 60068


Great Lakes Elevator Service, Inc.
1480 Renaissance Drive
Suite 203
Park Ridge, IL 60068


Health Progess, Inc.
One Kish Hospital Drive
PO Box 525
DeKalb, IL 60115


Health Progress, Inc.
c/o Debbie Sells
One Kish Hospital Drive
DeKalb, IL 60115


Health Progress, Inc.
626 Bethany Road
DeKalb, IL 60115


Health Progress, Inc.
c/o Debbie Sells
One Kish Hospital Drive
DeKalb, IL 60115


HealthLab
Department 4065
Carol Stream, IL 60122


Heather A. Decker, M.D.
38W620 Callighan Place
Geneva, IL 60134


Henry Schein
135 Duryea Road
Melville, NY 11747-3824

Hinckley Springs
6750 Discovery Blvd
Mableton, GA 30126


Hoscheit McQuirk McCracken & Cuscaden PC
1001 E Main St Ste G
Attn: Kate L. McCracken
St Charles, IL 60174-2204


Illinois Dept of Labor
Fair Labor Standards Division
160 N LaSalle Street
Suite C-1300
Chicago, IL 60601


ImagePro Services & Supplies, Inc.
24 N. Batavia Ave
Batavia, IL 60510


Ingenix
PO Box 27116
Salt Lake City, UT 84127-0116


Inland Property Management
c/o CT Corporation
208 S LaSalle, Suite 814
Chicago, IL 60604


Jeffrey L. Lewis
2045 Aberdeen Court
Suite A
Sycamore, IL 60178


Jeffrey L. Lewis
2045 Aberdeen Court
Suite A
Sycamore, IL 60178


Juniper
PO Box 13337
Philadelphia, PA 19101-3337


Juniper Bank
Card Services
PO Box 8802
Wilmington, DE 19899-8802

Justin Kerstetter
Bank of America
IL4-135-10-25
135 S LaSalle Street
Chicago, IL 60603


Kane County Treasurer
PO Box 4025
Geneva, IL 60134-4025


Kane County Treasurer
PO Box 4025
Geneva, IL 60134-4025


Kane County Treasurer
719 S Batavia Ave
Bldg A
Geneva, IL 60134


Kane County Treasurer
PO Box 4025
Geneva, IL 60134-4025


Kishwaukee Community Hospital
c/o Debbie Sells, Registered Agent
One Kish Hospital Drive
DeKalb, IL 60115


Kishwaukee Community Hospital
c/o Debbie Sells, Registered Agent
One Kish Hospital Drive
DeKalb, IL 60115


Kishwaukee Community Hospital
c/o Debbie Sells, Registered Agent
One Kish Hospital Drive
DeKalb, IL 60115


Kishwaukee Medical Pavilion LLC
c/o Bruce A Salk
Registered Agent
630 Dundee Road, Suite 120
Northbrook, IL 60062

Land Rvr
25 Braintree Hill Park S
Braintree, MA 02184


LapCorp
PO Box 12140
Burlington, NC 27216-2140


Law Offices of W.C. French
PO Box 572884
Houston, TX 77257


Maggie E. Chacko, M.D.
8221 Pine Bluff Court
Darien, IL 60561


Maserati Financial Services
PO Box 3600
Lancaster, PA 17604-3600


Maserati Financial Services
PO Box 3600
Lancaster, PA 17604-3600


Medical Arts Press
8500 Wyoming Avenue North
Minneapolis, MN 55445-1825


Medical Arts Press
8500 Wyoming Avenue North
Minneapolis, MN 55445-1825


Meghann A Salamasick
Lowis & Gellen LLP
200 W Adams St Ste 1900
Chicago, IL 60606-5229


Merck Sharp & Dohme Corp
One Merck Drive
Whitehouse Station, NJ 08889-3400


Merck Sharp & Dohme Corp
PO Box 5254
Carol Stream, IL 60197-5254

Murray Properties Inc.
c/o Brett M. Dale
1755 S Naperville Road
Suite 200
Wheaton, IL 60189


Murray Properties Inc.
700 E Main Street
Suite E
Saint Charles, IL 60174


Murray Properties, Inc.
700 E Main Street
Suite E
Saint Charles, IL 60174


Murray Properties, Inc.
700 E Main Street
Suite E
Saint Charles, IL 60174


Netcomm Business Solutions
1217 S Bridge Street
Yorkville, IL 60560


Netcomm Business Solutions
1217 S Bridge Street
Yorkville, IL 60560


Neurometrix, Inc.
62 4th Ave
Waltham, MA 02451


Nicor
P.O. Box 2020
Aurora, IL 60507-2020


Nicor
P.O. Box 2020
Aurora, IL 60507-2020


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632

Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Norman Cardoza and Elizabeth Cardoza
411 Green River Court
Schaumburg, IL 60194


Northwest Property Mgmt
780 Tek Drive
Crystal Lake, IL 60014


Patrick M Kinnally
Kinnally Flaherty Krentz & Loran PC
2114 Deerpath Road
Aurora, IL 60506


Perfect Serve, Inc.
1225 E Weisgarber Road
Suite 300
Knoxville, TN 37909-2641


PMMC
400 East Joppa Road
Suite 300
Towson, MD 21286-5452


PMMC
400 East Joppa Road
Suite 300
Towson, MD 21286-5452


PMMC
400 East Joppa Road
Suite 300
Towson, MD 21286-5452

Proshred Security
14029 S Cicero Ave
Crestwood, IL 60445


ProtoMed Medical Management Corp
400 E Joppa Road
3rd Floor
Towson, MD 21286


Provena Hospitals
dba Provena Mercy Medical Center
c/o M Meghan Kieffer
19065 Hickory Creek Drive
Mokena, IL 60448


PSS World Medical Inc.
300-2 Airport Road
Elgin, IL 60123-1600


Putnam Leasing Company I LLC
300 Main Street
Attn:  Steven A. Posner
Stamford, CT 06901


Putnam Leasing Company I LLC
300 Main Street
Attn:  Steven A. Posner
Stamford, CT 06901


Quest Diagnostics
PO Box 12989
Chicago, IL 60693


Quest Diagnostics
PO Box 12989
Chicago, IL 60693


Randall/Stoneleat Condo Assn
c/o Dr. Richard Chroust
1217 Oak Street
North Aurora, IL 60542


Randall/Stoneleat Condo Assn
c/o Dr. Richard Chroust
1217 Oak Street
North Aurora, IL 60542

Ronald O. Roeser
Roeser & Vucha
920 Davis Rd Ste 100
Elgin, IL 60123-1344


RothMelei
Attorneys at Law
454 W Virginia Street
Crystal Lake, IL 60014


RothMelei
454 W Virginia Street
Crystal Lake, IL 60014-5966


RRCI
3541 Chain Bridge Road
Suite 209
Fairfax, VA 22030


Sallie Mae
P.O. Box 7700
Wilkes Barre, PA 18773-9500


Sanofi Pateur, Inc
Discovery Drive
Attn: Customer Account Mgmt
Swiftwater, PA 18370


Santanna Energy Services
120 E Ogden Ave
Suite 236
Hinsdale, IL 60521


SmithAmundsen
150 N. Michigan Ave
Suite 3300
Chicago, IL 60601


St Charles Bank & Trust Company
311 North Second Street
Saint Charles, IL 60174


St. Charles Bank & Trust Co.
411 W. Main Street
Saint Charles, IL 60174

Stericycle, Inc.
c/o CT Corporation
208 S LaSalle Street
Suite 814
220.68, IL 60604


StoneLeat Properties, Inc.
c/o Brian Buoy
36W 708 STONELEAT ROAD
Saint Charles, IL 60174


StoneLeat Properties, Inc.
c/o Hoscheit, McGuirk McCracken
1001 East Main Street
Suite G
Saint Charles, IL 60174


Stoneleat Properties, Inc.
2000 West Main Street
Unit H
Saint Charles, IL 60174


StoneLeat Properties, Inc.
c/o Brian Buoy
36W 708 STONELEAT ROAD
Saint Charles, IL 60174


The Hartford
Attn: Collections Dept
PO Box 2907
Hartford, CT 06104-2907


The Hartford
Attn: Collections Dept
PO Box 2907
Hartford, CT 06104-2907


Thompson Elevator Inspection Servic
1302 E Thayer Street
Mount Prospect, IL 60056


Thornwood Office Center Condo Assn
c/o Paul A Krieg
Paul A Krieg, Ltd.
226 W Judd Street
Woodstock, IL 60098-3158

Thornwood Office Center Condo Assn
c/o Paul A Krieg
Paul A Krieg, Ltd.
226 W Judd Street
Woodstock, IL 60098-3158


TJX Rewards
GE Money Bank
Attn: Bankruptcy Dept.
PO Box 103104
Roswell, GA 30076


TJX Rewards
PO Box 15298
Wilmington, DE 19850-5298


TJX Rewards
PO Box 6184
Westerville, OH 43086


Tracey L. Klein, Esq.
Reinharg Boerner Van Deuren SC
1000 N Water Street
Suite 2100
Milwaukee, WI 53202


United Mileage Plus
PO Box 15298
Wilmington, DE 19850-5298


US Bank NA
Cardmember Services
PO Box 6335
Fargo, ND 58125-6335


US Dept of Labor
Chicago Illinois District Office
230 S Dearborn
Room 412
Chicago, IL 60604-1595


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123-1488

Village of South Elgin
Utility Bill
10 N Water Street
South Elgin, IL 60177-1602


Warehouse Direct
1601 Algonquin Road
Mount Prospect, IL 60056


Wasco Sanitary District
PO Box 9
Wasco, IL 60183


Wasco Sanitary District
PO Box 9
Wasco, IL 60183


William J. Monaco, M.D.
149 Elizabeth Court
Wood Dale, IL 60191


Wyeth Pharmaceuticals
Wyeth Collection Division
Dept. CH 14083
Palatine, IL 60055-4083


Wyeth Pharmaceuticals
Wyeth Collection Division
Dept. CH 14083
Palatine, IL 60055-4083